UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SUSAN E MORELAND

        Plaintiff(s),

  v.

CORELOGIC INC

        Defendant(s).

CASE NO:
8:13-cv-00470-AG-AN

ORDER RE EARLY MEETING OF PARTIES AND SCHEDULING CONFERENCE

Scheduling Conference:
August 12, 2013 at 09:00 AM

    Welcome to the Court of Judge Andrew J. Guilford. The responsibility for the progress of Federal Court litigation is upon both the attorneys and the Court. Counsel are ordered to be completely familiar with the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, and the FAQ's about Judges' Procedures and Schedules posted by these Chambers on the Central District website at http://www.cacd.uscourts.gov. Counsel are also ordered to keep the Court informed concerning the status of this case, "to secure the just, speedy, and inexpensive determination of every action" (F.R. Civ. P. 1).

    1.    <u>Early Meeting of Parties</u>. IT IS ORDERED that, as provided in Fed. R. Civ. P. 26(f), the parties shall meet at least 21 days before the Scheduling Conference, and report on the meeting in writing to the Court within 14 days after

the meeting. In all cases, the report SHALL STATE THE PROPOSED DATE AND LENGTH OF THE TRIAL, and whether it will be a jury or non−jury trial. Failure to comply with this Order may result in sanctions.

    2.    <u>Scheduling Conference</u>. IT IS FURTHER ORDERED that this case is set for a Scheduling Conference under Fed. R. Civ. P. 16(b) on the date and time stated in the caption of this Order, in Courtroom 10D of the United States tCourthouse, 411 West Fourth Street, Santa Ana, California. Counsel shall appear at the Scheduling Conference and at all pretrial meetings fully informed concerning the facts of the case and shall be the attorney who will be in charge of the trial, unless good cause is shown for the appearance of other counsel or for a telephonic appearance. If there is a first appearance by any party after the date of this Order, counsel for Plaintiff shall give a copy of this Order to that party.

**IT IS SO ORDERED.**

DATED: May 22, 2013

_____
Andrew J. Guilford
United States District Judge

Courtroom Deputy Clerk:
Lisa Bredahl
ag_chambers@cacd.uscourts.gov