Donald E. Burton
FARUKI IRELAND & COX P.L.L.
500Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402-1818

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>CORELOGIC, INC.,<br><br>Defendant(s). | CASE NUMBER:<br><br>SACV 13-00470 AG<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Donald E. Burton , of  Faruki Ireland & Cox P.L.L., 500 Courthouse Plaza, Dayton, Ohio 45402-1818

*Applicant's Name*                                    *Firm Name / Address*

937-227-3733                                    dburton@ficlaw.com

*Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☑ Defendant

☐ Intervener or other interested person  Corelogic, Inc.

and the designation of  Nancy R. Thomas / 236185

*Local Counsel Designee /State Bar Number*

of  MORRISON & FOERSTER L.L.P., 707 Wilshire Blvd., Los Angeles, California 9001703543

*Local Counsel Firm / Address*

213-892-5561                                    nthomas@mofo.com

*Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

      ☐ GRANTED

      ☐ DENIED.  Fee shall be returned by the Clerk.

      ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                _____

                                   U. S. District Judge/U.S. Magistrate Judge

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. Rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California 90017, in accordance with Morrison & Foerster's ordinary business practices:

Craig C. Marchiando, Esq.
Caddell and Chapman
1331 Lamar, Suite 1070
Houston, TX 77010

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 28th day of May, 2013.

_____        _____
Alicia C. Vargas                              (signature)
(typed)