Ronald I. Raether, Jr.
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MORELAND, on her own behalf and on behalf of all others similarly situated,<br>Plaintiff(s)<br>v.<br>CORELOGIC, INC.,<br>Defendant(s). | CASE NUMBER<br>SACV 13-00470 AG<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Ronald I. Raether, Jr. _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Corelogic, Inc. _____ by whom I have been retained.

My business information is:
Faruki Ireland & Cox P.L.L.
*Firm Name*
500 Courthouse Plaza, S.W., 10 North Ludlow Street
*Street Address*
Dayton, Ohio 45402-1818          rraether@ficlaw.com
*City, State, Zip*                *E-Mail Address*
937-227-3733                      937-227-3717
*Telephone Number*                *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| United States Supreme Court | 2012 |
| The State of Ohio | 5/12/97 |
| United States District Court for the Northern District of Ohio | 12/11/09 |
| United States District Court for the Southern District of Ohio | 5/12/97 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Nancy R. Thomas _____ as local counsel, whose business information is as follows:

MORRISON & FOERSTER L.L.P.
*Firm Name*

707 Wilshire Blvd.
*Street Address*

Los Angeles, CA 90017-3543     nthomas@mofo.com
*City, State, Zip*     *E-Mail Address*

213-892-5561     213-892-5454
*Telephone Number*     *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 5-22-2013

Ronald I. Raether, Jr.
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated 5/24/13

Nancy R. Thomas
*Designee's Name (please print)*

*Designee's Signature*

236185
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

**Ronald I. Raether, Jr. Additional Court Admissions**     May 22, 2013

United States District Court for the Eastern District of Wisconsin – 11/3/08
United States Court of Appeals for the Second Circuit – 9/11/12
United States Court of Appeals for the Fourth Circuit – 9/27/07
United States Court of Appeals for the Fifth Circuit – 11/24/08
United States Court of Appeals for the Sixth Circuit – 11/3/04
United States Court of Appeals for the Seventh Circuit – 6/23/10
United States Court of Appeals for the Eighth Circuit – 3/7/11
United States Court of Appeals for the Ninth Circuit – 2/25/11
United States Court of Appeals for the Tenth Circuit – 8/25/04
United States Court of Appeals for the Eleventh Circuit – 9/29/04

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Ronald Irvin Raether Jr.

was admitted to the practice of law in Ohio on May 12, 1997; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 22nd day of May, 2013.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

Tammy White
*Attorney Services Manager*

## CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. Rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California 90017, in accordance with Morrison & Foerster's ordinary business practices:

Craig C. Marchiando, Esq.
Caddell and Chapman
1331 Lamar, Suite 1070
Houston, TX 77010

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 28th day of May, 2013.

_____Alicia C. Vargas_____       _____(signature)_____
         (typed)

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA071563
Cashier ID: prcash
Transaction Date: 05/28/2013
Payer Name: FURUKI IRELAND + COX
------------------------------------
PRO HAC VICE
 For: SACV13-470 RONALD I RAETHER JR
 Case/Party: D-CAC-2-13-AT-002013-001
 Amount:         $325.00
------------------------------------
CHECK
 Check/Money Order Num: 7672
 Amt Tendered: $325.00
------------------------------------
Total Due:      $325.00
Total Tendered: $325.00
Change Amt:     $0.00
```

SACV13-00470

RONALD I RAETHER JR

FURUKI IRELAND + COX PLL

500 COURTHOUSE PLAZA

SW, 10 N. LUDLOW STREET

DAYTON, OH 45402

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.