Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice forthcoming*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice forthcoming*)
 jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice forthcoming*)
David A. Searles (*pro hac vice forthcoming*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SUSAN E. MORELAND, on behalf of herself and all others similarly situated,**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**CORELOGIC, INC,**<br><br>　　　　**Defendant.** | No.: SACV13-00470 AG (ANx)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION WITHOUT DESIGNATION OF LOCAL COUNSEL HAVING AN OFFICE WITHIN THIS DISTRICT** |

Pursuant to Local Rule 83-2.3.3, Plaintiff Susan Moreland, on behalf of herself and all others similarly situated, requests that the Court permit her Counsel not licensed in California—should the Court grant their applications to practice in this case on a *pro hac vice* basis[1]—to appear in this case without the requirement that the Applicants associate with counsel having an office within this District. In support of her Motion, Plaintiff shows the Court as follows.

This case arises from Corelogic, Inc.'s selling of certain reports to landlords that Plaintiff alleges are governed by the Fair Credit Reporting Act ("FCRA") and California Consumer Credit Reporting Agencies Act ("CCRAA"). (Dkt. No. 1 ¶ 1.) Plaintiff is represented by three law firms—Caddell & Chapman, Francis & Mailman, and Consumer Litigation Associates. (*See id.* at 1, 18–19.) Three of Caddell & Chapman's attorneys are licensed in California, while the attorneys from Francis & Mailman and Consumer Litigation Associates (together, the "Applicants") seek admission to practice on a *pro hac vice* basis. Two of Caddell & Chapman's attorneys—Michael Caddell and Cynthia Chapman—are admitted to practice in the Bar of this Court and maintain good standing in the Bar of this Court.

The District's Local Rules require attorneys seeking admission *pro hac vice*:

> [T]o designate an attorney who is a member of the Bar of this Court and *who maintains an office within this District* as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom documents may be served, *unless otherwise ordered by the Court*.

L.R. 83-2.3.3 (emphasis added). Based the discretion Local Rule 83-2.3.3 grants the Court and on Caddell & Chapman's experience litigating in this District, Plaintiff asks that the Court excuse her from having to hire counsel that also has an office within this District.

---

[1] Plaintiff filed, concurrently with this Motion, applications for her counsel to appear *pro hac vice* in this case.

Caddell & Chapman, while maintaining its offices in Houston, practices frequently in this District. Over the past several years, Caddell & Chapman has served as Co-Lead or Lead Counsel for plaintiffs in the following cases filed in this District:

- *Sallady, et al. v. Choicepoint, Inc.*, No. 2:05-cv-01683-MRP-JWJ
- *White, et al. v. Equifax Info. Servs., Inc.*, No. 2:05-cv-07821-DOC-MLG
- *White, et al. v. Experian Info. Solutions, Inc.*, No. 8:05-cv-01070-DOC-MLG
- *White, et al. v. Trans Union LLC*, No. 8:05-cv-01073-DOC-MLG
- *Hernandez, et al. v. Equifax Info. Servs., Inc.*, No. 2:06-cv-03924-DOC-MLG
- *Rodriguez, et al. v. Farmers Ins. Co. of Ariz.*, No. 2:09-cv-06786-JGB-AJW
- *Freiberg, et al. v. E&J Gallo Winery*, No. 2:10-cv-01294-SVW-RC
- *Zeller, et al. v. Constellation Brands, Inc.*, No. 2:10-cv-08601-CAS-VBK
- *Keegan, et al. v. Am. Honda Motor Co. Inc.*, No. 2:10-cv-09508-MMM-AJW
- *Hardy, et al. v. Toshiba Am. Info. Sys., Inc.*, No. 8:13-cv-00516-CJC-JPR

As it has in these prior cases, Caddell & Chapman commits to meeting the requirements of the Local Rules for counsel maintaining an office within this District—it will be readily available to communicate with the Court and opposing counsel regarding the conduct of the case, will be available to accept documents served, and is familiar with and will otherwise meet the requirements the District's Local Rules impose upon members of its Bar. Accordingly, Plaintiff requests that the Court grant her request that the Applicants be permitted to appear *pro hac vice* with Caddell & Chapman as the Applicants' designated Local Counsel under Rule 83-2.3.3.

Plaintiff has communicated with counsel for Corelogic regarding this request, and Corelogic does not oppose the relief Plaintiff requests.

Dated: May 29, 2013

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

**CADDELL & CHAPMAN**


    /s/ Michael A. Caddell
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice attached*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice attached*)
 jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice attached*)
jsoumilas@consumerlawfirm.com
David A. Searles (*pro hac vice attached*)
dsearles@consumerlawfirm.com
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

***Attorneys for Plaintiff***

4