**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>CORELOGIC, INC,<br><br>    Defendant. | Case No.: SACV13-00470 AG (ANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION WITHOUT DESIGNATION OF LOCAL COUNSEL HAVING AN OFFICE WITHIN THIS DISTRICT** |

Having considered Plaintiff's Motion for *Pro Hac Vice* Admission Without Designation of Local Counsel Having an Office Within This District, the Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that Counsel for Plaintiff James A. Francis, David A. Searles, John Soumilas, and Leonard Bennett are admitted to practice in this case on a *pro hac vice* basis. As they have aligned themselves with counsel admitted to practice with the Bar of this Court, these applicants will not be required to also associate with local counsel maintaining an office within this District.

Dated: May 29, 2013.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE