# EXHIBIT "A"

## LEONARD A. BENNETT COURT ADMISSIONS

## Exhibit "A"
## Leonard A. Bennett – List of Court Admissions

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status with Bar or Court (active, inactive, retired) |
|---|---|---|---|
| United States Supreme Court | | 3/21/05 | Active |
| United States Court of Appeals for 4th Circuit | | 9/7/07 | Active |
| United States Court of Appeals for 3rd Circuit | | 6/6/07 | Active |
| United States Court of Appeals for 9th Circuit | | 8/1/09 | Active |
| United States Court of Appeals for 6th Circuit | | 10/14/11 | Active |
| United States Court of Appeals for 11th Circuit | | 6/13/11 | Active |
| Virginia State Bar | 37523 | 11/1/94 | Active |
| North Carolina State Bar | 21576 | 4/7/95 | Active |
| United States District Court of North Carolina (Eastern District) | | 4/19/05 | Active |
| United States District Court of North Carolina (Western District) | | 10/26/07 | Active |
| United States District Court of North Carolina - (Middle District) | | 3/3/09 | Active |
| United States District Court of Illinois | | 11/17/03 | Active |
| United States District Court of Virginia - (Eastern District) | | 11/18/94 | Active |
| United States District Court of Virginia (Western District) | | 2004 | Active |
| United States District Court of Wisconsin - (Western District) | | 9/16/08 | Active |
| United States District Court of Wisconsin (Eastern District) | | 3/9/06 | Active |
| United States District Court of Michigan (Eastern District) | | 2/19/04 | Active |
| United States District Court of Ohio (Northern District) | | 2011 | Active |
| United States District Court of Tennessee (Western District) | | 6/2012 | Active |