# EXHIBIT "B"

## CERTIFICATE OF GOOD STANDING

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### LEONARD ANTHONY BENNETT

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1994.

I further certify that so far as the records of this office are concerned, LEONARD ANTHONY BENNETT is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 13th day of May
A.D. 2013

By: _____
Deputy Clerk