# EXHIBIT "C"

RECEIPT FOR PAYMENT OF *PRO HAC VICE* FEE



```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA007621
Cashier ID: nccash
Transaction Date: 04/19/2013
Payer Name: Caddell and Chapman

PRO HAC VICE
 For: Leonard A Bennett
 Case/Party: D-CAC-2-13-AT-002013-001
 Amount:         $325.00

CHECK
 Check/Money Order Num: 7084
 Amt Tendered:    $325.00

Total Due:       $325.00
Total Tendered:  $325.00
Change Amt:      $0.00

SACV13-470 AG(ANx), Leonard A
Bennett, 763 J Clyde Morris Blvd,
Suite 1-A, Newport News, VA 23601

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

CADDELL & CHAPMAN

CLERK, U. S. DISTRICT COURT

2710 · Court costs adv    C57131; PRO VAC VICE; CO-COUNSEL (4)    4/18/2013    1,300.00

Compass Bank-operat    1,300.00

7084