Name & Address:
Leonard Bennett
Consumer Litigation Associates, P.C.
763 Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Susan E. Moreland | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 8:13-cv-00470-AG-AN |
| v. | |
| CoreLogic, Inc. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Leonard A. Bennett__, of __Consumer Litigation Assoc., 763 Clyde Morris Blvd., Ste 1-A, Newport News, VA__
    *Applicant's Name*        *Firm Name / Address*

__757.930.3660__        __lenbennett@clalegal.com__
*Telephone Number*        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant
☐ Intervener or other interested person __Susan E. Moreland__

and the designation of __Michael A. Caddell, SBN 249469__
        *Local Counsel Designee /State Bar Number*

of __Caddell & Chapman, 1331 Lamar St., Suite 1070, Houston, TX 77010__
        *Local Counsel Firm / Address*

__713.751.0400__        __mac@caddellchapman.com__
*Telephone Number*        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                    U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**