# EXHIBIT A

# COURT ADMISSIONS

# COURT ADMISSIONS FOR PRO HAC VICE APPLICATION
# FOR JAMES A. FRANCIS

### State Court and Date of Admission

Pennsylvania Supreme Court and all other Pennsylvania Courts 5/20/96

### U.S. Court and Date of Admission

U.S. District Court for the Eastern District of Pennsylvania 3/4/97

U.S. District Court for the District of New Jersey 12/2/96

U.S. Court of Appeals for the Third Circuit 2/14/02

U.S. District Court for the District of Oklahoma 12/2/10

U.S. District Court for the Middle District of Pennsylvania 2/09

U.S. District Court for the District of Colorado 2/25/13

U.S. Court of Appeals for the Ninth Circuit 1/28/12

U.S. District Court for the Eastern District of Michigan 10/26/11