# EXHIBIT C

# RECEIPT FOR PAYMENT OF *PRO HAC VICE* FEE

```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA007618
Cashier ID: nccash
Transaction Date: 04/19/2013
Payer Name: Caddel and Chapman
--------------------------------
PRO HAC VICE
 For: James A Francis
 Case/Party: D-CAC-2-AT-13-002013-001
 Amount:        $325.00
--------------------------------
CHECK
 Check/Money Order Num: 7084
 Amt Tendered:  $325.00
--------------------------------
Total Due:     $325.00
Total Tendered: $325.00
Change Amt:     $0.00

SACV13-470 AG(ANx), James A
Francis, Land Title Building, 19th
Floor 100 Broad St, Philadelphia,
PA 19110


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

**7084**

4/18/2013

C57131; PRO VAC VICE; CO-COUNSEL (4)                    1,300.00

1,300.00