Name & Address:
James A. Francis, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 S. Broad St.
Philadelphia, PA 19110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan E. Moreland<br><br>Plaintiff(s)<br>v.<br><br>CoreLogic, Inc.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:13-cv-00470-AG-AN<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>James A. Francis</u>, of <u>Francis & Mailman, P.C., 19th Floor, 100 S. Broad St., Philadelphia, PA 19110</u>
   *Applicant's Name*              *Firm Name / Address*

<u>215.753.8600</u>                                              <u>jfrancis@consumerlawfirm.com</u>
   *Telephone Number*                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person <u>Susan E. Moreland</u>

and the designation of <u>Michael A. Caddell  SBN 249469</u>
                          *Local Counsel Designee /State Bar Number*

of <u>Caddell & Chapman, 1331 Lamar St., Suite 1070, Houston, TX 77010</u>
     *Local Counsel Firm / Address*

<u>713.751.0400</u>                                              <u>mac@caddellchpaman.com</u>
   *Telephone Number*                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____                    _____
                                                U. S. District Judge/U.S. Magistrate Judge


G–64 ORDER (11/10)       **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**