# EXHIBIT A

# COURT ADMISSIONS

# COURT ADMISSIONS FOR PRO HAC APPLICATION
# FOR DAVID A. SEARLES

<u>State Court and Date of Admission</u>

Pennsylvania Supreme Court and all other Pennsylvania State Courts 1975

<u>U.S. Court and Date of Admission</u>

U.S. District Court for the Eastern District of Pennsylvania 1975

U.S. District Court for the District of Oklahoma 2010

U.S. District Court for the District of Colorado 2/25/13

U.S. Court of Appeals for the Third Circuit 1976

U.S. Court of Appeals for the Fourth Circuit 2009

Supreme Court of the United States 1989