# EXHIBIT B

# CERTIFICATE OF GOOD STANDING



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### David A. Searles, Esq.

#### DATE OF ADMISSION

October 14, 1975

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 23, 2013

Elizabeth E. Zisk
Chief Clerk