# EXHIBIT C

# RECEIPT FOR PAYMENT
# OF *PRO HAC VICE* FEE

Court Name: U.S. District Court
Division: 8
Receipt Number: SA007619
Cashier ID: mccash
Transaction Date: 04/19/2013
Payer Name: Caddell and Chapman

PRO HAC VICE
 For: David A Searles
 Case/Party: D-CAC-2-13-AT-002013-001
 Amount:      $325.00

CHECK
 Check/Money Order Num: 7084
 Amt Tendered: $325.00

Total Due:       $325.00
Total Tendered:  $325.00
Change Amt:      $0.00

SACV13-470 AG(ANx), David A
Searles, Land Title Building, 19th
Floor 100 Broad St, Philadelphia,
PA 19110

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.

**7084**

4/18/2013

C57131; PRO VAC VICE; CO-COUNSEL (4)                    1,300.00

1,300.00