Name & Address:
David A. Searles, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 S. Broad St.
Philadelphia, PA 19110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan E. Moreland <br><br> Plaintiff(s) <br> v. <br><br> CoreLogic, Inc. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:13-cv-00470-AG-AN <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __David A. Searles__, of __Francis & Mailman, P.C., 19th Floor, 100 S. Broad St., Philadelphia, PA 19110__
   *Applicant's Name*            *Firm Name / Address*

__215.753.8600__        __dsearles@consumerlawfirm.com__
 *Telephone Number*            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person __Susan E. Moreland__

and the designation of __Michael A. Caddell  SBN 249469__
          *Local Counsel Designee /State Bar Number*

of __Caddell & Chapman, 1331 Lamar St., Suite 1070, Houston, TX 77010__
          *Local Counsel Firm / Address*

__713.751.0400__        __mac@caddellchpaman.com__
 *Telephone Number*            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED.  Fee shall be returned by the Clerk.
    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____       _____
                                                             U. S. District Judge/U.S. Magistrate Judge