# EXHIBIT A

# COURT ADMISSIONS

# COURT ADMISSIONS FOR PRO HAC APPLICATION
# FOR JOHN SOUMILAS

<u>State Court and Date of Admission</u>

Pennsylvania Supreme Court and all other Pennsylvania State Courts 11/23/99

NJ Supreme Court and all other New Jersey Courts 2/8/00

<u>U.S. Court and Date of Admission</u>

U.S. District Court for the Eastern District of Pennsylvania 1/24/01

U.S. District Court for the District of New Jersey 4/2/01

U.S. District Court for the Eastern District of Michigan 10/25/11 (not sworn)

U.S. District Court for the District of Colorado 2/25/13

U.S. Court of Appeals for the Third Circuit 5/30/01

U.S. Court of Appeals for the Ninth Circuit 1/18/12