# EXHIBIT B

# CERTIFICATE OF GOOD STANDING



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *John Soumilas, Esq.*

**DATE OF ADMISSION**

*November 23, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  May 23, 2013**

Elizabeth E. Zisk
Chief Clerk