# EXHIBIT C

# RECEIPT FOR PAYMENT OF *PRO HAC VICE* FEE

```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA007620
Cashier ID: nccash
Transaction Date: 04/19/2013
Payer Name: Caddell and Chapman
-----------------------------------------
PRO HAC VICE
 For: John Soumilas
 Case/Party: D-CAC-2-13-AT-002013-001
 Amount:         $325.00
-----------------------------------------
CHECK
 Check/Money Order Num: 7084
 Amt Tendered:  $325.00
-----------------------------------------
Total Due:      $325.00
Total Tendered: $325.00
Change Amt:     $0.00

SACV13-470 AG(ANx), John Soumilas,
Land Title Building, 19th Floor 100
Broad St, Philadelphia, PA 19110


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

**7084**

4/18/2013

C57131; PRO VAC VICE; CO-COUNSEL (4)                    1,300.00




1,300.00

**CADDELL & CHAPMAN**  7084

| | | | |
|---|---|---|---|
| CLERK, U. S. DISTRICT COURT | | 4/18/2013 | |
| 2710 · Court costs adv | C57131; PRO VAC VICE; CO-COUNSEL (4) | | 1,300.00 |

Compass Bank-operat                                                                                      1,300.00