Name & Address:
John Soumilas
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 S. Broad St.
Philadelphia, PA 19110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan E. Moreland<br><br>Plaintiff(s)<br>v.<br><br>CoreLogic, Inc.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:13-cv-00470-AG-AN<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __John Soumilas__ , of __Francis & Mailman, P.C., 19th Floor, 100 S. Broad St., Philadelphia, PA 19110__
  *Applicant's Name*                          *Firm Name / Address*

__215.753.8600__                              __jsoumilas@consumerlawfirm.com__
  *Telephone Number*                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person __Susan E. Moreland__

and the designation of __Michael A. Caddell  SBN 249469__
  *Local Counsel Designee /State Bar Number*

of __Caddell & Chapman, 1331 Lamar St., Suite 1070, Houston, TX 77010__
  *Local Counsel Firm / Address*

__713.751.0400__                              __mac@caddellchpaman.com__
  *Telephone Number*                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  ☐ GRANTED
  ☐ DENIED.  Fee shall be returned by the Clerk.
  ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____           _____
                                       U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**