Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice filed*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice filed*)
jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice filed*)
David A. Searles (*pro hac vice filed*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SUSAN E. MORELAND, on behalf of herself and all others similarly situated,**<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**CORELOGIC, INC,**<br>　　　　　　Defendant. | No.: SACV13-00470 AG (ANx)<br><br>**JOINT STIPULATION FOR AMENDMENT OF PLAINTIFF'S COMPLAINT** |

　　　　Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Susan Moreland and Defendant Corelogic, Inc. enter into the following stipulation regarding the amendment of Plaintiff's Complaint.

　　　　The Parties hereby agree that Plaintiff will amend her Complaint to substitute Corelogic SafeRent, LLC as the sole Defendant in this case. The dismissal of

Corelogic, Inc. as Defendant will be without prejudice and subject to the following conditions:

(1) Plaintiff reserves the right, should discovery support such a motion, to move to amend her Complaint to add Corelogic, Inc. as a Defendant; and

(2) Once added as Defendant, SafeRent will not contest venue in this Court as it conducts part of its operations in California and so will not contend that Counts II, V, and/or VII of Plaintiff's Complaint fail in whole or in part because SafeRent has inadequate connections to California.

Plaintiff will file her Amended Complaint within three business days of the Court's order granting this Stipulation.

Dated: May 31, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Caddell<br>Michael A. Caddell (SBN 249469)<br>mac@caddellchapman.com<br>Cynthia B. Chapman (SBN 164471)<br>Craig C. Marchiando (SBN 283829)<br>**CADDELL & CHAPMAN**<br>1331 Lamar, Suite 1070<br>Houston, TX 77010<br>Telephone: (713) 751-0400<br>Facsimile: (713) 751-0906<br><br>Leonard A. Bennett (*pro hac vice filed*)<br>**CONSUMER LITIGATION ASSOCIATES, P.C.**<br>763 J. Clyde Morris Blvd., Suite 1A<br>Newport News, VA 23601<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662 | /s/ Ronald I. Raether, Jr.<br>Ronald I. Raether, Jr.<br>RRaether@ficlaw.com<br>**FARUKI IRELAND & COX P.L.L.**<br>500 Courthouse Plaza. SW<br>10 North Ludlow Street<br>Dayton. Ohio 45402<br>Phone: (937) 227-3733<br>Fax: (937) 227-3717<br><br>Nancy R. Thomas (CA SBN 236185)<br>NThomas@mofo.com<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, 60th Floor<br>Los Angeles, California 900 13<br>Phone: (213) 892-5561<br>Fax: (213) 892-5454<br><br>James F. McCabe (CA SBN 104686)<br>JMcCabe@mofo.com<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, California 94105-2482<br>Phone: (415) 268-7011<br>Fax: (415) 268-7522<br><br>***Attorneys for Defendant Corelogic, Inc. and incoming Defendant Corelogic SafeRent, LLC*** |

| | |
|---|---|
| 1 | James A. Francis (*pro hac vice filed*) |
| | jfrancis@consumerlawfirm.com |
| 2 | John Soumilas (*pro hac vice filed*) |
| | jsoumilas@consumerlawfirm.com |
| 3 | David A. Searles (*pro hac vice filed*) |
| | dsearles@consumerlawfirm.com |
| 4 | **FRANCIS & MAILMAN, P.C.** |
| | Land Title Building, 19th Floor |
| 5 | 100 South Broad Street |
| | Philadelphia, PA 19110 |
| 6 | Telephone: (215) 735-8600 |
| | Facsimile: (215) 940-8000 |
| 7 | |
| | *Attorneys for Plaintiff* |