|   |   |
|---|---|
| 1 | Michael A. Caddell (SBN 249469) |
|   | mac@caddellchapman.com |
| 2 | Cynthia B. Chapman (SBN 164471) |
|   | Craig C. Marchiando (SBN 283829) |
| 3 | **CADDELL & CHAPMAN** |
|   | 1331 Lamar, Suite 1070 |
| 4 | Houston, TX 77010 |
|   | Telephone: (713) 751-0400 |
| 5 | Facsimile: (713) 751-0906 |
| 6 | Leonard A. Bennett (*pro hac vice forthcoming*) |
|   | **CONSUMER LITIGATION ASSOCIATES, P.C.** |
| 7 | 763 J. Clyde Morris Blvd., Suite 1A |
|   | Newport News, VA 23606 |
| 8 | Telephone: (757) 930-3660 |
|   | Facsimile: (757) 930-3662 |
| 9 |   |
|   | James A. Francis (*pro hac vice forthcoming*) |
| 10 | jfrancis@consumerlawfirm.com |
|   | John Soumilas (*pro hac vice forthcoming*) |
| 11 | David A. Searles (*pro hac vice forthcoming*) |
|   | **FRANCIS & MAILMAN, P.C.** |
| 12 | Land Title Building, 19th Floor |
|   | 100 South Broad Street |
| 13 | Philadelphia, PA 19110 |
|   | Telephone: (215) 735-8600 |
| 14 | Facsimile: (215) 940-8000 |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| SUSAN E. MORELAND, on behalf of herself and all others similarly situated, | ) ) ) | No.: SACV13-00470 AG (ANx) |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | **[PROPOSED[ ORDER GRANTING STIPULATION FOR AMENDMENT OF PLAINTIFF'S COMPLAINT** |
| CORELOGIC, INC, | ) ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Parties have entered into a stipulation permitting Plaintiff to amend her Complaint to substitute a new Defendant for the originally named Defendant Corelogic, Inc.

Having considered the Stipulation, applicable law, and the record in this case, the Court is of the opinion that the Stipulation should be GRANTED.

IT IS HEREBY ORDERED that Plaintiff will, within three business days of the date of this Order, amend her Complaint to substitute Corelogic SafeRent, LLC as the sole Defendant in this case. The dismissal of Corelogic, Inc. as Defendant will be without prejudice and subject to the following conditions:

(1)   Plaintiff reserves the right, should discovery support such a motion, to move to amend her Complaint to add Corelogic, Inc. as a Defendant; and

(2)   Once added as Defendant, SafeRent will not contest venue in this Court as it conducts part of its operations in California and so will not contend that Counts II, V, and/or VII of Plaintiff's Complaint fail in whole or in part because SafeRent has inadequate connections to California.

Dated: June __, 2013

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE