Name & Address:

David A. Searles, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 S. Broad St.
Philadelphia, PA 19110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan E. Moreland<br><br>                                             Plaintiff(s)<br>                    v.<br><br>CoreLogic, Inc.<br><br>                                            Defendant(s). | CASE NUMBER<br><br>8:13-cv-00470-AG (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of     __David A. Searles__   , of  __Francis & Mailman, P.C.,100 S. Broad St., 19th Flr, Philadelphia, PA 19110__
              *Applicant's Name*                              *Firm Name / Address*

      __215.753.8600__                                              __dsearles@consumerlawfirm.com__
           *Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   **XX**  Plaintiff   ☐ Defendant

☐ Intervener or other interested person  _____Susan E. Moreland_____

and the designation of  _____Michael A. Caddell,  SBN 249469_____
                              *Local Counsel Designee /State Bar Number*

of  __Caddell & Chapman, 1331 Lamar St., Ste 1070, Houston, TX 77010__
                              *Local Counsel Firm / Address*

     __713-751-0400__                                                __mac@caddellchapman.com__
           *Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   X GRANTED

   ☐ DENIED.  Fee shall be returned by the Clerk.

   ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated May 31, 2013

                                                        _/s/ Andrew J. Guilford_
                                                        ANDREW J. GUILFORD
                                                        U. S. District Judge

---

G–64 ORDER (11/10)       **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**