Name & Address:

Leonard Bennett
Consumer Litigation Associates, P.C.
763 Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan E. Moreland <br><br> Plaintiff(s) <br> v. <br><br> CoreLogic, Inc. <br><br> Defendant(s). | CASE NUMBER <br><br> 8:13-cv-00470-AG (ANx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of    __Leonard A. Bennett__    , of   __CLA, P.C., 763 Clyde Morris Blvd., Ste 1-A, Newport News, VA__
          *Applicant's Name*                        *Firm Name / Address*

      __757.930.3660__                              __lenbennett@clalegal.com__
       *Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   **XX** Plaintiff   ☐ Defendant

☐ Intervener or other interested person   __Susan E. Moreland__

and the designation of    __Michael A. Caddell,  SBN 249469__
                        *Local Counsel Designee /State Bar Number*

of  __Caddell & Chapman, 1331 Lamar St., Ste 1070, Houston, TX 77010__
              *Local Counsel Firm / Address*

    __713-751-0400__                              __mac@caddellchapman.com__
    *Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  X GRANTED

  ☐ DENIED.  Fee shall be returned by the Clerk.

  ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  May 31, 2013

                                            *[signature]*

                                            ANDREW J. GUILFORD
                                            U. S. District Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**