Name & Address:

John Soumilas
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 S. Broad St.
Philadelphia, PA 19110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Susan E. Moreland | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:13-cv-00470-AG (ANx) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| CoreLogic, Inc. | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of    **John Soumilas**    , of   Francis & Mailman, P.C., 100 S. Broad St., 19th Flr, Philadelphia, PA 19110
        *Applicant's Name*                              *Firm Name / Address*

   215.753.8600                                                    jsoumilas@consumerlawfirm.com
    *Telephone Number*                                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   **XX** Plaintiff   ☐ Defendant

☐ Intervener or other interested person     Susan E. Moreland

and the designation of     Michael A. Caddell, SBN 249469
                    *Local Counsel Designee /State Bar Number*

of  Caddell & Chapman, 1331 Lamar St., Ste 1070, Houston, TX 77010
            *Local Counsel Firm / Address*

   713-751-0400                                                    mac@caddellchapman.com
    *Telephone Number*                                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   X GRANTED

   ☐ DENIED.  Fee shall be returned by the Clerk.

   ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  May 31, 2013

                                ANDREW J. GUILFORD
                                U. S. District Judge