Ronald I. Raether, Jr.
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402-1818

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on her own behalf and on behalf of all others similarly situated,<br><br>                       Plaintiff(s)<br>v.<br><br>CORELOGIC, INC.,<br><br>                       Defendant(s). | CASE NUMBER:<br><br>SACV 13-00470 AG (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Ronald I. Raether, Jr.__, of __Faruki Ireland & Cox P.L.L., 500 Courthouse Plaza, Dayton, Ohio 45402-1818__
     *Applicant's Name*                                          *Firm Name / Address*

__937-227-3733__                                      __rraether@ficlaw.com__
  *Telephone Number*                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant
☐ Intervener or other interested person __Corelogic, Inc.__

and the designation of __Nancy R. Thomas / 236185__
                                     *Local Counsel Designee / State Bar Number*

of __MORRISON & FOERSTER L.L.P., 707 Wilshire Blvd., Los Angeles, California 9001703543__
                                     *Local Counsel Firm / Address*

__213-892-5561__                                        __nthomas@mofo.com__
  *Telephone Number*                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☒ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated   __June 11, 2013__                      */s/ signature*
                                                 U. S. District Judge/~~U.S. Magistrate Judge~~
                                                 Andrew J Guilford