| Name & Address: | Michael A. Caddell |
| --- | --- |
| | Caddell & Chapman |
| | 1331 Lamar St. Suite 1070 |
| | Houston, TX 77010 |
| | 713.751.0400 |
| | mac@caddellchapman.com |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
| --- | --- |
| Susan E. Moreland, on behalf of herself and all others similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>CoreLogic SafeRent, LLC<br><br>DEFENDANT(S). | SACV13-00470 AG (ANx)<br><br>SUMMONS |

TO:   DEFENDANT(S): CORELOGIC SAFERENT, LLC, 12395 First American Way, Poway, CA 92064, through its registered agent for service in California: CSC – Lawyers Incorporation Service, 2710 Gateway Oaks Dr., Ste. 150N, Sacramento, CA 95833

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ ____First____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Michael A. Caddell_____, whose address is _1331 Lamar St., Suite 1070, Houston, TX 77010_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 6/10/13

By: ____DENISE V____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)    SUMMONS