Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice*)
jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **SUSAN E. MORELAND, on behalf of herself and all others similarly situated,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**CORELOGIC SAFERENT, LLC,**<br><br>　　　　Defendant. | No.: SACV13-00470 AG (ANx)<br><br>**JOINT STIPULATION TO CONTINUE DATE OF SCHEDULING CONFERENCE AND TO ENLARGE THE DEADLINE OF LOCAL RULE 23-3**<br><br>Hon. Andrew J. Guilford<br><br>Am. Complaint Served: June 6, 2013<br>Current conference date: Aug. 12, 2013<br>New conference date: Sept. 16, 2013 |

## I. The Rule 16 Scheduling Conference

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Susan Moreland and Defendant Corelogic SafeRent, LLC ask that the Court enter the following stipulation continuing the date of the Parties' Scheduling Conference.

Plaintiff served her Original Complaint on March 29, 2013 (*see* Dkt. No. 10), and the Parties stipulated to the substitution of Corelogic SafeRent, LLC as the Defendant. (Dkt. No. 22.) After the Court granted that Stipulation, Plaintiff served her Amended Complaint on June 6. The Court has set the Parties' initial Scheduling Conference for August 12, 2013, but Michael Caddell, Co-Lead and Local Counsel for Plaintiff, has a scheduling conflict and will be unable to attend the Conference on that date.

This is the Parties' first request to continue the Scheduling Conference. This continuance will have no affect on any other dates in the case, as the Court has not yet entered a Scheduling Order.

The Parties therefore agree that September 16, 2013 is an acceptable date on which to attend the Scheduling Conference. They therefore ask that the Court continue the August 12 Conference until September 16, or as soon thereafter as the Court's calendar permits.

## II. The Deadline By Which Plaintiff is to Move for Class Certification

Separately, Local Rule 23-3 requires that a class-action plaintiff file its motion for class certification within 90 days of the service of the complaint, unless otherwise ordered by the Court. L.R. 23-3. Based on the date of her service of the Original Complaint in this case, by Rule 23-3's 90-day schedule, Plaintiff calculates her Motion for Class Certification to be due June 27, 2013.[1] Since the Amended

---

[1] Plaintiff calculates the Rule 23-3 due date from the service of her Original Complaint in an abundance of caution. Plaintiff believes, however, that the Rule 23-3 deadline arguably runs from the date of service of the Amended Complaint, since that

Complaint brings allegations against a fresh Defendant, Corelogic has not yet answered the Amended Complaint, and no discovery has yet taken place, the Parties stipulate to, and ask that the Court grant, an enlargement of Local Rule 23-3's deadline by which Plaintiff will file her motion for class certification.

This is the Plaintiff's first request for relief from the Rule 23-3 deadline. This continuance will have no affect on any other dates in the case, as the Court has not yet entered a Scheduling Order.

The Parties propose that they submit to the Court for approval—after completion of the Rule 26(f) conference and as part of the Rule 26(f) written report—a discovery and briefing schedule that includes the proposed date by which Plaintiff must file her Motion for Class Certification.

Dated: June 17, 2013

Respectfully submitted,

|  |  |
|---|---|
| _____/s/ Michael A. Caddell_____<br>Michael A. Caddell (SBN 249469)<br>mac@caddellchapman.com<br>Cynthia B. Chapman (SBN 164471)<br>Craig C. Marchiando (SBN 283829)<br>**CADDELL & CHAPMAN**<br>1331 Lamar, Suite 1070<br>Houston, TX 77010<br>Telephone: (713) 751-0400<br>Facsimile: (713) 751-0906<br><br>Leonard A. Bennett (*pro hac vice*)<br>**CONSUMER LITIGATION ASSOCIATES, P.C.**<br>763 J. Clyde Morris Blvd., Suite 1A<br>Newport News, VA 23601<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662 | _____/s/ Ronald I. Raether, Jr._____<br>Ronald I. Raether, Jr.<br>RRaether@ficlaw.com<br>**FARUKI IRELAND & COX P.L.L.**<br>500 Courthouse Plaza. SW<br>10 North Ludlow Street<br>Dayton. Ohio 45402<br>Phone: (937) 227-3733<br>Fax: (937) 227-3717<br><br>Nancy R. Thomas (CA SBN 236185)<br>NThomas@mofo.com<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, 60th Floor<br>Los Angeles, California 900 13<br>Phone: (213) 892-5561<br>Fax: (213) 892-5454 |

---

document makes allegations against a separate Defendant, making the motion due September 4, 2013. The Parties stipulate to the enlargement of time proposed herein regardless of the date on which Rule 23-3's time period begins to run.

| | | |
|---|---|---|
| 1 | James A. Francis (*pro hac vice*)<br>jfrancis@consumerlawfirm.com | James F. McCabe (CA SBN 104686)<br>JMcCabe@mofo.com |
| 2 | John Soumilas (*pro hac vice*)<br>jsoumilas@consumerlawfirm.com | **MORRISON & FOERSTER LLP**<br>425 Market Street |
| 3 | David A. Searles (*pro hac vice*)<br>dsearles@consumerlawfirm.com | San Francisco, California 94105-2482<br>Phone: (415) 268-7011 |
| 4 | **FRANCIS & MAILMAN, P.C.**<br>Land Title Building, 19th Floor | Fax: (415) 268-7522 |
| 5 | 100 South Broad Street<br>Philadelphia, PA 19110 | ***Attorneys for Defendant Corelogic SafeRent, LLC*** |
| 6 | Telephone: (215) 735-8600<br>Facsimile: (215) 940-8000 | |

***Attorneys for Plaintiff***

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following Counsel of Record:

Ronald I. Raether, Jr. (*pro hac vice*)
RRaether@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza. SW
10 North Ludlow Street
Dayton. Ohio 45402
Phone: (937) 227-3733
Fax: (937) 227-3717

Nancy R. Thomas (CA SBN 236185)
NThomas@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, 60th Floor
Los Angeles, California 900 13
Phone: (213) 892-5561
Fax: (213) 892-5454

James F. McCabe (CA SBN 104686)
JMcCabe@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7011
Fax: (415) 268-7522

**Attorneys for Defendant Corelogic SafeRent, LLC**

                                                /s/ Craig C. Marchiando
                                             Craig C. Marchiando