1  Michael A. Caddell (SBN 249469)
   mac@caddellchapman.com
2  Cynthia B. Chapman (SBN 164471)
   Craig C. Marchiando (SBN 283829)
3  **CADDELL & CHAPMAN**
   1331 Lamar, Suite 1070
4  Houston, TX  77010
   Telephone: (713) 751-0400
5  Facsimile: (713) 751-0906

6  Leonard A. Bennett (*pro hac vice*)
   **CONSUMER LITIGATION ASSOCIATES, P.C.**
7  763 J. Clyde Morris Blvd., Suite 1A
   Newport News, VA 23606
8  Telephone: (757) 930-3660
   Facsimile: (757) 930-3662
9
   James A. Francis (*pro hac vice*)
10  jfrancis@consumerlawfirm.com
   John Soumilas (*pro hac vice*)
11 David A. Searles (*pro hac vice*)
   **FRANCIS & MAILMAN, P.C.**
12 Land Title Building, 19th Floor
   100 South Broad Street
13 Philadelphia, PA 19110
   Telephone: (215) 735-8600
14 Facsimile: (215) 940-8000

15 *Attorneys for Plaintiff*

16               **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
17                      **SOUTHERN DIVISION**

| | |
|---|---|
| 18  **SUSAN E. MORELAND, on behalf of herself and all others similarly situated,** | No.: SACV13-00470 AG (ANx) |
| 19 | |
| 20         **Plaintiff,** | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DATE OF SCHEDULING CONFERENCE AND TO ENLARGE THE DEADLINE OF LOCAL RULE 23-3** |
| 21 | |
| 22       **v.** | |
| 23 | |
| 24  **CORELOGIC SAFERENT, LLC,** | Hon. Andrew J. Guilford |
| 25         **Defendant.** | |
| 26 | Am. Complaint Served: June 6, 2013
Current conference date: Aug. 12, 2013
New conference date: Sept. 16, 2013 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties have entered into a stipulation to continue the date of the Parties' Scheduling Conference. The Parties have further stipulated to enlarge the date by which Plaintiff is required, by Local Rule 23-3, to file her Motion for Class Certification.

Having considered the Stipulation, applicable law, and the record in this case, the Court is of the opinion that the Stipulation should be GRANTED.

IT IS HEREBY ORDERED that the Scheduling Conference shall take place on September 16, 2013, at 9:00 am. The dates of the Parties' Rule 26(f) conference and written report to the Court described in Docket No. 13, Paragraph 1 are adjusted accordingly. In their written report regarding the Rule 26(f) conference, the Parties shall set forth a discovery and briefing schedule that includes dates by which class certification briefing from both Parties is to be filed.

Dated: June __, 2013

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE