Donald E. Burton
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402-1818

NOTE CORRECT CASE NUMBER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on her own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiff(s)<br>v.<br><br>CORELOGIC, INC.,<br><br>　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER:<br><br>SACV 13-00470 AG (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Donald E. Burton__, of __Faruki Ireland & Cox P.L.L., 500 Courthouse Plaza, Dayton, Ohio 45402-1818__
　　　*Applicant's Name*　　　　　　　　　　　　　　　　　*Firm Name / Address*

__937-227-3733__　　　　　　　　　　　　　　　　__dburton@ficlaw.com__
　*Telephone Number*　　　　　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☒ Defendant

☐ Intervener or other interested person __Corelogic, Inc.__

and the designation of __Nancy R. Thomas / 236185__
　　　　　　　　　　　　　*Local Counsel Designee /State Bar Number*

of __MORRISON & FOERSTER L.L.P., 707 Wilshire Blvd., Los Angeles, California 9001703543__
　　　　　　　　　　　　　*Local Counsel Firm / Address*

__213-892-5561__　　　　　　　　　　　　　　　__nthomas@mofo.com__
　*Telephone Number*　　　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　☒ GRANTED
　　☐ DENIED. Fee shall be returned by the Clerk.
　　☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __June 17, 2013__　　　　　　　　_/s/ Andrew J. Guilford_
　　　　　　　　　　　　　　　　　U. S. District Judge/~~U.S. Magistrate Judge~~
　　　　　　　　　　　　　　　　　Andrew J Guilford

---

G-64 ORDER (11/10)　　　ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

## CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. Rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 707 Wilshire Boulevard, Los Angeles, California 90017, in accordance with Morrison & Foerster's ordinary business practices:

Craig C. Marchiando, Esq.
Caddell and Chapman
1331 Lamar, Suite 1070
Houston, TX 77010

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 28th day of May, 2013.

Alicia C. Vargas
(typed)

(signature)