Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

NOTE: CHANGES MADE BY THE COURT

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice*)
jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **SUSAN E. MORELAND, on behalf of herself and all others similarly situated,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**CORELOGIC SAFERENT, LLC,**<br>　　　　**Defendant.** | No.: SACV 13-00470 AG (ANx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DATE OF SCHEDULING CONFERENCE AND TO ENLARGE THE DEADLINE OF LOCAL RULE 23-3**<br><br>Hon. Andrew J. Guilford<br><br>Am. Complaint Served: June 6, 2013<br>Current conference date: Aug. 12, 2013<br>New conference date: Sept. 16, 2013 |

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties have entered into a stipulation to continue the date of the Parties' Scheduling Conference. The Parties have further stipulated to enlarge the date by which Plaintiff is required, by Local Rule 23-3, to file her Motion for Class Certification.

Having considered the Stipulation, applicable law, and the record in this case, the Court is of the opinion that the Stipulation should be GRANTED.

IT IS HEREBY ORDERED that the Scheduling Conference shall take place on September 16, 2013, at 9:00 am. The dates of the Parties' Rule 26(f) conference and written report to the Court described in Docket No. 13, Paragraph 1 are adjusted accordingly. In their written report regarding the Rule 26(f) conference, the Parties shall set forth a discovery and briefing schedule that includes dates by which class certification briefing from both Parties is to be filed.

**NO FURTHER CONTINUANCES WILL BE GRANTED WITHOUT A VERY STRONG FURTHER SHOWING OF GOOD CAUSE.**

Dated: June 17, 2013

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE