1  NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
2  MORRISON & FOERSTER
   555 West Fifth Street, Suite 3500
3  Los Angeles, CA 90013
   Phone: (213) 892-5561
4  Fax: (213) 892-5454

5  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
6  MORRISON & FOERSTER
   425 Market Street
7  San Francisco, CA 94105-2482
   Phone: (415) 268-7011
8  Fax: (415) 268-7522

9  RONALD I. RAETHER (admitted *pro hac vice*)
   rraether@ficlaw.com
10 DONALD E. BURTON (admitted *pro hac vice*)
   dburton@ficlaw.com
11 FARUKI IRELAND & COX P.L.L.
   500 Courthouse Plaza, S.W.
12 10 North Ludlow Street
   Dayton, OH 45402-1818
13 Phone: (937) 227-3733
   Fax: (937) 227-3717
14 Attorneys for Defendant
   CORELOGIC SAFERENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC SAFERENT, LLC,<br><br>Defendant. | Case No. SACV 13-00470 AG (ANx)<br><br>**CORELOGIC SAFERENT, LLC'S NOTICE OF INTERESTED PARTIES**<br>**(LOCAL RULE 7.1-1)**<br><br>Hon. Andrew J. Guilford<br><br><br>Action filed: March 25, 2013<br>FAC filed: June 6, 2013 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PLEASE TAKE NOTICE that pursuant to Local Rule 7-1.1, the undersigned counsel of record for Defendant CoreLogic SafeRent, Inc. certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Susan E. Moreland
2. Defendant CoreLogic SafeRent, Inc.

Dated: August 5, 2013                    FARUKI IRELAND & COX PLL

                                         By: /s/ Ronald I. Raether
                                             Ronald I. Raether

                                             Attorneys for Defendant
                                             CoreLogic SafeRent, LLC

743549.1

1