# Exhibit A

Lease Decision & Reports

**Product(s) Ordered**

Applicant 2:  SUSAN B MORELAND (                    )

| Report Type | Completion Status | | Report Alert | View |
|---|---|---|---|---|
| Eviction History | [X] | Complete | | [X] |
| Multi-State Criminal | [X] | Complete | No Record Found | [X] |
| Multi-State Sex Offender | [X] | Complete | No Match Found | |
| Previous Address History | [X] | Complete | | [X] |
| Payment Receipt | [X] | Complete | | [X] |

| Alert Type | Alert Message |
|---|---|
| | No results |

| | Message(s) |
|---|---|
| [X] | This applicant has been screened through Multi-state Sex Offender Search. No matches have been found. Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website. |

**REDACTED**                                                                      **EXHIBIT A**

Exhibit _A_ Page _20_

| REGISTRYCHECK REPORT | | | |
|---|---|---|---|
| **REPORT INFORMATION SECTION** | | | |
| **REPORT INFORMATION** | | | |
| Property ID: | VH334 | Phone: | |
| Property Name: | Raul Ramos | Fax: | |
| Request Date: | 04/04/2012 | Request Type: | Landlord Tenant |
| Request ID: | 70757066 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/04/2012 16:02:42 | | |
| **APPLICANT INFORMATION** | | | |
| Name: | SUSAN B MORELAND | Suffix: | |
| Current Address: | | SSN: | |

| **REPORT SUMMARY** | | | |
|---|---|---|---|
| Report ID: | 0032348229 | Status: | Completed |

**COURT RECORDS ON FILE**

No Court Records Found

**ADDITIONAL INFORMATION FOR VERIFICATION**

LANDLORD AT

Screened BY AppALERT(SM)

WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA IMPOSES PENALTIES AGAINST ANYONE WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES, INCLUDING FINES, UP TO TWO YEARS IN PRISON OR BOTH. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT YOU FROM DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER. IT IS RECOMMENDED THAT YOU REFER ALL INQUIRIES REGARDING THE INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CORELOGIC SAFERENT CONSUMER REQUEST LINE: 1-888-333-2413.

Exhibit A  Page 21

| MULTI-STATE CRIMINAL SEARCH REPORT | | | |
|---|---|---|---|
| **REPORT INFORMATION** | | | |
| Property ID: | VH334 | Phone: | 760-593-7797 |
| Property Name: | Raul Ramos | Fax: | |
| Request Date: | 04/04/2012 | Request Type: | Criminal |
| Request ID: | 70757068 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/04/2012 16:02:48 | | |
| **APPLICANT INFORMATION** | | | |
| Name: | SUSAN B MORELAND | Suffix: | |
| SSN: | | DOB: | |
| Address: | | Request State: | ** |
| | | Request County: | ** |

| REPORT SUMMARY | | | |
|---|---|---|---|
| Report ID: | 0032348229 | Status: | NO RECORD FOUND |

**REPORT DISCLAIMER**

WARNING: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. DUE TO THE NATURE OF PUBLIC RECORDS AND/OR THE NATURE OF THE QUERY, (I)LISTINGS ABOVE MAY NOT PERTAIN TO THE INDIVIDUAL APPLICANT IN QUESTION OR (II) THERE WILL BE INSTANCES WHERE NO CRIMINAL INFORMATION IS REPORTED WITH REGARD TO PERSONS WHO IN FACT HAVE CRIMINAL RECORDS. RECORDS ARE SELECTED ON THE BASIS OF PERSONAL INDENTIFIER(S) INFORMATION MATCH(ES) WITH THE APPLICANT (IF AND WHEN AVAILABLE). THERE IS A WIDE DIVERSITY IN THE TYPES OF CRIMINAL RECORDS MADE AVAILABLE BY VARIOUS JURISDICTIONS AND IN THE CONTENT OF SUCH RECORDS AND DUE TO THE ORGANIZATION OF CRIMINAL RECORDS AND/OR THE NATURE OF THE QUERY, THERE WILL BE INSTANCES WHERE IDENTIFYING INFORMATION APPEARS TO MATCH THE APPLICANT ON WHICH A REPORT IS SOUGHT, WHICH INFORMATION MAY NOT PERTAIN TO THE APPLICANT. YOU SHALL TAKE INDEPENDENT VERIFICATION OF THE INFORMATION CONTAINED INTHIS REPORT TO ENSURE THAT IT PERTAINS TO THE APPLICANT BEFORE YOU TAKE ANY ADVERSE ACTION AGAINST THE APPLICANT. THOUGH INFORMATION CONTAINED IN THIS REPORT IS OBTAINED FROM COURT FILES AND/OR GOVERNMENT PUBLIC RECORD SOURCES, THE ACCURACY OF SUCH INFORMATION IS NOT GUARANTEED. USE OF THIS REPORT MUST BE IN COMPLIANCE WITH YOUR SERVICE AGREEMENT WITH CORELOGIC SAFERENT , INC.("SAFERENT"), AND OTHER APPLICABLE FEDERAL, STATE AND LOCAL LAWS, RULES, REGULATIONS, ORDINANCES AND COURT ORDERS. USERS SHOULD CONSULT WITH THEIR COUNSEL ABOUT REQUIREMENTS AND/OR LIMITATIONS, WITH REGARD TO INFORMATION CONTAINED IN THIS REPORT. WARNING: A PERSON MUST HAVE A PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT ("FCRA") TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSE SHALL BE ASSESSED CERTAIN CIVIL AND CRIMINAL PENALTIES, INCLUDING FINES AND POSSIBLE IMPRISONMENT.

Exhibit _A_ Page _22_

| SAFERENT IDENTIFY(TM) | | | |
|---|---|---|---|
| **REPORT INFORMATION SECTION** | | | |
| **REPORT INFORMATION** | | | |
| Property ID: | VH334 | Phone: | |
| Property Name: | Raul Ramos | Fax: | |
| Request Date: | 04/04/2012 | Request Type: | SafeRent IDentify |
| Request ID: | 70757066 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/04/2012 16:02:47 | | |
| **APPLICANT INFORMATION** | | | |
| Name: | SUSAN B MORELAND | Suffix: | |
| Current Address: | | SSN: | |

| Transaction Number: | 0032348229 | Request Number: | 70757066 |
|---|---|---|---|
| INPUT SSN VALIDATION: | SSN IS PRESUMED TO BE VALID | | |
| Report Status: | RECORD FOUND | | |

Record - 1 of 29

| Name: | SUSAN E BURBANO | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 2 of 29

| Name: | SUSAN E BURBANO | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 3 of 29

| Name: | SUSAN E BURBANO | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Exhibit A Page 23

Record - 4 of 29

| Name: | SUSAN E BURBANO | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 5 of 29

| Name: | SUSAN E BURBANO | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 6 of 29

| Name: | SUSAN E BURBANO | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 7 of 29

| Name: | SUSAN E BURBANO | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | | County: | |
| | | Residency: | |

Record - 8 of 29

| Name: | SUSAN MORTENSEN | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 9 of 29

| Name: | SUSAN E MORTENSON | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 10 of 29

| Name: | SUSAN E MORTENSON | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 11 of 29

| Name: | SUSAN E MORTENSON | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 12 of 29

| Name: | SUSAN MORTENSEN | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | | County: | |
| | | Residency: | |

Record - 13 of 29

| Name: | SUSAN E MORTENSON | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | | County: | |
| | | Residency: | |

Record - 14 of 29

| Name: | SUSAN E MORTENSON | Street Address: | |
|---|---|---|---|
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | - |

Exhibit A Page 25

### Record - 15 of 29

| | | | |
|---|---|---|---|
| Name: | ALEJANDRO J GODINEZ | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

### Record - 16 of 29

| | | | |
|---|---|---|---|
| Name: | ALEX J GODINEZ | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

### Record - 17 of 29

| | | | |
|---|---|---|---|
| Name: | ALEJANDRO J GODINEZ | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

### Record - 18 of 29

| | | | |
|---|---|---|---|
| Name: | ALEX J GODINEZ | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

### Record - 19 of 29

| | | | |
|---|---|---|---|
| Name: | VICKI BERTOLI | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | | County: | |
| | | Residency: | |

### Record - 20 of 29

| | | | |
|---|---|---|---|
| Name: | ALEX J GODINEZ | Street Address: | |

Exhibit A  Page 26

| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | | County: | |
| | | Residency: | |

Record - 21 of 29

| Name: | VICKI BERTOLI | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | | County: | |
| | | Residency: | |

Record - 22 of 29

| Name: | ALEJANDRO J GODINEZ | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 23 of 29

| Name: | ALEX J GODINEZ | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 24 of 29

| Name: | ALEJANDRO J GODINEZ | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

Record - 25 of 29

| Name: | VICKI BERTOLI | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | | County: | |
| | | Residency: | |

| Record - 26 of 29 | | | |
|---|---|---|---|
| Name: | HARRY E MORTENSON | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

| Record - 27 of 29 | | | |
|---|---|---|---|
| Name: | HARRY E MORTENSON | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

| Record - 28 of 29 | | | |
|---|---|---|---|
| Name: | HARRY E MORTENSON | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

| Record - 29 of 29 | | | |
|---|---|---|---|
| Name: | HARRY E MORTENSON | Street Address: | |
| SSN: | | City: | |
| DOB: | | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | |

| Disclaimer: | This locator index product may be used exclusively to identify potential previous names and addresses the applicant may have used and to obtain the applicant's date of birth and verify the applicant's Social Security Number. The results of this search shall not be used directly for the purpose of making employment or housing decisions. However, the results may be used to broaden the scope of employment and housing related background checks to include additional jurisdictions and names beyond those that the applicant disclosed and to narrow the background check by including the applicant's date of birth in those cases where this information is not obtained from the applicant. The results of these expanded background checks may be used for making employment or housing decisions in accordance with the FCRA and applicable state and local statutes. |
|---|---|

Exhibit _A_ Page _28_