| | |
|---|---|
| 1 | NANCY R. THOMAS (CA SBN 236185) |
| | NThomas@mofo.com |
| 2 | MORRISON & FOERSTER |
| | 555 West Fifth Street, Suite 3500 |
| 3 | Los Angeles, CA  90013 |
| | Phone:  (213) 892-5561 |
| 4 | Fax:  (213) 892-5454 |
| | |
| 5 | JAMES F. MCCABE (CA SBN 104686) |
| | JMcCabe@mofo.com |
| 6 | MORRISON & FOERSTER |
| | 425 Market Street |
| 7 | San Francisco, CA  94105-2482 |
| | Phone:  (415) 268-7011 |
| 8 | Fax:  (415) 268-7522 |
| | |
| 9 | RONALD I. RAETHER (admitted *pro hac vice*) |
| | rraether@ficlaw.com |
| 10 | DONALD E. BURTON (admitted *pro hac vice*) |
| | dburton@ficlaw.com |
| 11 | FARUKI IRELAND & COX P.L.L. |
| | 500 Courthouse Plaza, S.W. |
| 12 | 10 North Ludlow Street |
| | Dayton, OH 45402-1818 |
| 13 | Phone:  (937) 227-3733 |
| | Fax:  (937) 227-3717 |
| 14 | |
| 15 | Attorneys for Defendant |
| | CORELOGIC SAFERENT, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC SAFERENT, LLC,<br><br>Defendant. | Case No. SACV 13-00470 AG (ANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CORELOGIC SAFERENT, LLC'S MOTION TO DISMISS**<br><br>Hon. Andrew J. Guilford<br><br>Date:         September 9, 2013<br>Time:        10:00 a.m.<br>Courtroom:  10D<br><br>Action filed: March 25, 2013<br>FAC filed:    June 6, 2013 |

## **[PROPOSED] ORDER**

The motion of Defendant CoreLogic SafeRent, LLC to dismiss Plaintiff's First Amended Complaint for failure to state a claim pursuant to Rule 12(b)(6) came on for hearing before this Court on September 9, 2013.

Having considered the briefs and oral argument of the parties, this Court finds that Plaintiff has failed to state a claim on which relief may be granted. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED. The First Amended Complaint is DISMISSED WITH PREJUDICE.

Dated: _____, 2013    _____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

742823.1