1 NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
2 MORRISON & FOERSTER
   555 West Fifth Street, Suite 3500
3 Los Angeles, CA 90013
   Phone: (213) 892-5561
4 Fax: (213) 892-5454

5 JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
6 MORRISON & FOERSTER
   425 Market Street
7 San Francisco, CA 94105-2482
   Phone: (415) 268-7011
8 Fax: (415) 268-7522

9 RONALD I. RAETHER (admitted *pro hac vice*)
   rraether@ficlaw.com
10 DONALD E. BURTON (admitted *pro hac vice*)
    dburton@ficlaw.com
11 FARUKI IRELAND & COX P.L.L.
    500 Courthouse Plaza, S.W.
12 10 North Ludlow Street
    Dayton, OH 45402-1818
13 Phone: (937) 227-3733
    Fax: (937) 227-3717
14 Attorneys for Defendant
    CORELOGIC SAFERENT, LLC

15

16                    UNITED STATES DISTRICT COURT

17                    CENTRAL DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC SAFERENT, LLC,<br><br>Defendant. | Case No. SACV 13-00470 AG (ANx)<br><br>**STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hon. Andrew J. Guilford<br><br>Date: October 21, 2013<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Action filed: March 25, 2013<br>FAC filed: June 6, 2013<br>SAC filed: August 20, 2013 |

TO THE COURT AND ALL PARTIES:

WHEREAS, Defendant's response to Plaintiff's Second Amended Complaint is due September 3, 2013;

WHEREAS, Defendant Plans to file a Motion to Dismiss the Second Amended Complaint, and notice it for hearing on October 21, 2013; and

WHEREAS, the parties have agreed to a briefing schedule and hearing date on Defendant's motion to allow sufficient time for the parties to prepare their submissions,

NOW THEREFORE,

IT IS HEREBY STIPULATED by and among counsel for the parties, subject to Court approval, that: 1) Defendant will file its Motion to Dismiss on September 9, 2013; 2) Plaintiff will have until September 25, 2013 to file its Opposition Brief; 3) Defendant will have until October 7, 2013 to file its Reply Brief; and 4) the hearing on Defendant's Motion will take place on Monday, October 21, 2013 at 10:00 a.m.

Dated: August 27, 2013                    FARUKI IRELAND & COX PLL

By: /s/ Ronald I. Raether
     Ronald I. Raether

     Attorneys for Defendant
     CoreLogic SafeRent, LLC

1

Dated: August 21, 2013                    CADDELL & CHAPMAN

                                          By: /s/ Craig C. Marchiando
                                               Craig C. Marchiando

                                               Attorneys for Plaintiff
                                               Susan E. Moreland

754108.1