NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Phone: (213) 892-5561
Fax: (213) 892-5454

JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Phone: (415) 268-7011
Fax: (415) 268-7522

RONALD I. RAETHER (admitted *pro hac vice*)
rraether@ficlaw.com
DONALD E. BURTON (admitted *pro hac vice*)
dburton@ficlaw.com
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402-1818
Phone: (937) 227-3733
Fax: (937) 227-3717

Attorneys for Defendant
CORELOGIC SAFERENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC SAFERENT, LLC,<br><br>Defendant. | Case No. SACV 13-00470 AG (ANx)<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hon. Andrew J. Guilford<br><br>Date: October 21, 2013<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Action filed: March 25, 2013<br>FAC filed: June 6, 2013<br>SAC filed: August 20, 2013 |

## [PROPOSED] ORDER

Based on the Stipulation Setting Briefing Schedule and Hearing Date for Defendant's Motion to Dismiss the First Amended Complaint filed June 6, 2013, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Defendant will have until September 9, 2013 to file its Motion to Dismiss Plaintiff's Second Amended Complaint; Plaintiff will have until September 25, 2013, to file its Opposition Brief; Defendant will have until October 7, 2013 to file its Reply Brief; and the hearing on Defendant's Motion will take place on Monday, October 21, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____, 2013

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

754111.1