1  NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
2  MORRISON & FOERSTER
   555 West Fifth Street, Suite 3500
3  Los Angeles, CA 90013
   Phone: (213) 892-5561
4  Fax: (213) 892-5454

5  JAMES F. MCCABE (CA SBN 104686)
   JMcCabe@mofo.com
6  MORRISON & FOERSTER
   425 Market Street
7  San Francisco, CA 94105-2482
   Phone: (415) 268-7011
8  Fax: (415) 268-7522

9  RONALD I. RAETHER (admitted *pro hac vice*)
   rraether@ficlaw.com
10 DONALD E. BURTON (admitted *pro hac vice*)
   dburton@ficlaw.com
11 FARUKI IRELAND & COX P.L.L.
   500 Courthouse Plaza, S.W.
12 10 North Ludlow Street
   Dayton, OH 45402-1818
13 Phone: (937) 227-3733
   Fax: (937) 227-3717
14 Attorneys for Defendant
   CORELOGIC SAFERENT, LLC

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC SAFERENT, LLC,<br><br>Defendant. | Case No. SACV 13-00470 AG (ANx)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hon. Andrew J. Guilford<br><br>Date: October 21, 2013<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Action filed: March 25, 2013<br>FAC filed: June 6, 2013<br>SAC filed: August 20, 2013 |

## ORDER

Based on the Stipulation Setting Briefing Schedule and Hearing Date for Defendant's Motion to Dismiss the First Amended Complaint filed June 6, 2013, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Defendant will have until September 9, 2013 to file its Motion to Dismiss Plaintiff's Second Amended Complaint; Plaintiff will have until September 25, 2013, to file its Opposition Brief; Defendant will have until October 7, 2013 to file its Reply Brief; and the hearing on Defendant's Motion will take place on Monday, October 21, 2013 at 10:00 a.m.

The Scheduling Conference remains set for September 16, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 28, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

754111.1