1  Michael A. Caddell (SBN 249469)
   mac@caddellchapman.com
2  Cynthia B. Chapman (SBN 164471)
3  Craig C. Marchiando (SBN 283829)
   **CADDELL & CHAPMAN**
4  1331 Lamar, Suite 1070
   Houston, TX 77010
5  Telephone: (713) 751-0400
   Facsimile: (713) 751-0906
6

7  Matthew J. Erausquin (SBN 255217)
   Leonard A. Bennett (*pro hac vice*)
8  **CONSUMER LITIGATION ASSOCIATES, P.C.**
   763 J. Clyde Morris Blvd., Suite 1A
9  Newport News, VA 23606
10 Telephone: (757) 930-3660
   Facsimile: (757) 930-3662
11

12 James A. Francis (*pro hac vice*)
   jfrancis@consumerlawfirm.com
13 John Soumilas (*pro hac vice*)
   David A. Searles (*pro hac vice*)
14 **FRANCIS & MAILMAN, P.C.**
   Land Title Building, 19th Floor
15 100 South Broad Street
   Philadelphia, PA 19110
16 Telephone: (215) 735-8600
17 Facsimile: (215) 940-8000

18 *Attorneys for Plaintiff*

19              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
20                    **SOUTHERN DIVISION**

21

| | |
|---|---|
| **SUSAN E. MORELAND, on behalf of herself and all others similarly situated,** | No.: SACV13-00470 AG (ANx) |
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| v. | <u>**FILED UNDER SEAL**</u> |
| **CORELOGIC SAFERENT, LLC,** | Hon. Andrew J. Guilford |
| Defendant. | Hearing Date: July 21, 2014<br>Location: Courtroom 10D, 10:00 am |

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2014, I filed the foregoing Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification with the Clerk of Court manually and served it and Exhibits 5 and 12 by United States Mail and electronic mail on the following counsel of record.  I further certify that I electronically filed exhibits 1-4, 6-11, and 12-16 to the foregoing memorandum electronically with the Clerk of Court using the CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

Ronald I. Raether, Jr. (*pro hac vice*)
RRaether@ficlaw.com
Peter T. Snow
PSnow@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza. SW
10 North Ludlow Street
Dayton. Ohio 45402
Phone: (937) 227-3733
Fax: (937) 227-3717

Nancy R. Thomas (CA SBN 236185)
NThomas@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, 60th Floor
Los Angeles, California 900 13
Phone: (213) 892-5561
Fax: (213) 892-5454

James F. McCabe (CA SBN 104686)
JMcCabe@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7011
Fax: (415) 268-7522

*Attorneys for Defendant Corelogic SafeRent, LLC*

                                        /s/ Michael A. Caddell
                                        Michael A. Caddell