# EXHIBIT 1

4/4/12                                                    Lease Decision

# Lease Decision

**Transaction No:** 0032348229  **Performed By:** RRRAMOS77     **Performed On:** Wednesday April 4, 2012 / 16: 2:38 EST
**Property:**      VH334 - Raul Ramos - San Marcos CA 92078

## SCOREPLUS<sup>SM</sup> DECISION

SCOREPLUS$^{SM}$ DECISION

The service requested does not provide a score.

## SCREENING DETAILS

### APPLICANT INFORMATION

| | |
|---|---|
| **Applicant Name:** SUSAN B MORELAND | **SSN:** ███████ |
| **Monthly Income:** | **DOB:** |
| **Phone:** ██████████ | **Email:** SSNMRLND@YAHOO.COM |
| **Current Address:** ████████████ | **Previous Address:** |

### VIEW REPORTS AND LETTERS

| Report(s) | Status |
|---|---|
| RegistryCHECK | Complete |
| Multi-state Criminal Search | No Record Found |
| Multi-state Sex Offender | No Match Found |
| Payment Receipt | Complete |
| SafeRent IDentify(TM) | Complete |

**Letters**

Not Applicable

### MESSAGES

☒ This applicant has been screened through Multi-state Sex Offender Search. No matches have been found. Sex Offender registrant information is derived from the same state hosted Sex Offender database registries accessible through the department of Justice DRU SJODIN website.

### LEASE INFORMATION

| | | | |
|---|---|---|---|
| **Monthly Rent:** | $0 | **Security Deposit:** | $1200 |
| **Total Income:** | $0/month | **Lease Term:** | 12 Months |
| **Bedrooms:** | 3 | | |
| **Marketing Source:** | | | |
| **Client Reference:** | NO | | |

Exhibit 10
Name: Haining
Meri Coash 12-16-13

4/4/12                                                    Lease Decision

**RegistryCHECK REPORT**                                        April 4, 2012
                                                                    1 : 04 PM

REPORT INFORMATION SECTION

**REPORT INFORMATION**

| | | | |
|---|---|---|---|
| Property ID: | VH334 | Phone: | 760-593-7797 |
| Property Name: | Raul Ramos | Fax: | |
| Request Date: | 04/04/2012 | Request Type: | Landlord Tenant |
| Request ID: | 70757066 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/04/2012 16:02:42 | | |

**APPLICANT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | SUSAN B MORELAND | Suffix: | |
| Current Address: | ███████████ | SSN: | ████████ |

REPORT SUMMARY

| | | | |
|---|---|---|---|
| Report ID: | 0032348229 | Status: | Completed |

**COURT RECORDS ON FILE**

No Court Records Found

**ADDITIONAL INFORMATION FOR VERIFICATION**

LANDLORD AT 6570 AMBROSIA IS SSR WESTERN MULTIFAMILY LLC

Screened BY AppALERT(SM)

WARNING: A PERSON MUST HAVE PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT (FCRA) TO OBTAIN A CONSUMER REPORT. THE FCRA IMPOSES PENALTIES AGAINST ANYONE WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES, INCLUDING FINES, UP TO TWO YEARS IN PRISON OR BOTH. A CONSUMER REPORTING AGENCY MAY NOT PROHIBIT YOU FROM DISCLOSING THE CONTENTS OF THE REPORT DIRECTLY TO THE CONSUMER. IT IS RECOMMENDED THAT YOU REFER ALL INQUIRIES REGARDING THE INFORMATION CONTAINED IN THIS REPORT DIRECTLY TO THE CORELOGIC SAFERENT CONSUMER REQUEST LINE: 1-888-333-2413.

4/4/12                                            Lease Decision

## MULTI-STATE CRIMINAL SEARCH REPORT

April 4, 2012
1 : 04 PM

### REPORT INFORMATION

| | | | |
|---|---|---|---|
| Property ID: | VH334 | Phone: | 760-593-7797 |
| Property Name: | Raul Ramos | Fax: | |
| Request Date: | 04/04/2012 | Request Type: | Criminal |
| Request ID: | 70757068 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/04/2012 16:02:48 | | |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | SUSAN B MORELAND | Suffix: | |
| SSN: | ████████ | DOB: | ████████ |
| Address: | ████████ | Request State: | ** |
| | | Request County: | ** |

### REPORT SUMMARY

| | | | |
|---|---|---|---|
| Report ID: | 0032348229 | Status: | NO RECORD FOUND |

### REPORT DISCLAIMER

WARNING: THE ACCURATE INPUT OF NAME, SSN, DATE OF BIRTH AND ADDRESS IS REQUIRED TO IMPROVE THE RETRIEVAL OF INFORMATION RELATING TO THE APPLICANT. DUE TO THE NATURE OF PUBLIC RECORDS AND/OR THE NATURE OF THE QUERY, (I)LISTINGS ABOVE MAY NOT PERTAIN TO THE INDIVIDUAL APPLICANT IN QUESTION OR (II) THERE WILL BE INSTANCES WHERE NO CRIMINAL INFORMATION IS REPORTED WITH REGARD TO PERSONS WHO IN FACT HAVE CRIMINAL RECORDS. RECORDS ARE SELECTED ON THE BASIS OF PERSONAL INDENTIFIER(S) INFORMATION MATCH(ES) WITH THE APPLICANT (IF AND WHEN AVAILABLE). THERE IS A WIDE DIVERSITY IN THE TYPES OF CRIMINAL RECORDS MADE AVAILABLE BY VARIOUS JURISDICTIONS AND IN THE CONTENT OF SUCH RECORDS AND DUE TO THE ORGANIZATION OF CRIMINAL RECORDS AND/OR THE NATURE OF THE QUERY, THERE WILL BE INSTANCES WHERE IDENTIFYING INFORMATION APPEARS TO MATCH THE APPLICANT ON WHICH A REPORT IS SOUGHT, WHICH INFORMATION MAY NOT PERTAIN TO THE APPLICANT. YOU SHALL TAKE INDEPENDENT VERIFICATION OF THE INFORMATION CONTAINED INTHIS REPORT TO ENSURE THAT IT PERTAINS TO THE APPLICANT BEFORE YOU TAKE ANY ADVERSE ACTION AGAINST THE APPLICANT. THOUGH INFORMATION CONTAINED IN THIS REPORT IS OBTAINED FROM COURT FILES AND/OR GOVERNMENT PUBLIC RECORD SOURCES, THE ACCURACY OF SUCH INFORMATION IS NOT GUARANTEED. USE OF THIS REPORT MUST BE IN COMPLIANCE WITH YOUR SERVICE AGREEMENT WITH CORELOGIC SAFERENT , INC.("SAFERENT"), AND OTHER APPLICABLE FEDERAL, STATE AND LOCAL LAWS, RULES, REGULATIONS, ORDINANCES AND COURT ORDERS. USERS SHOULD CONSULT WITH THEIR COUNSEL ABOUT REQUIREMENTS AND/OR LIMITATIONS, WITH REGARD TO INFORMATION CONTAINED IN THIS REPORT. WARNING: A PERSON MUST HAVE A PERMISSIBLE PURPOSE UNDER THE FAIR CREDIT REPORTING ACT ("FCRA") TO OBTAIN A CONSUMER REPORT. THE FCRA PROVIDES THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSE SHALL BE ASSESSED CERTAIN CIVIL AND CRIMINAL PENALTIES, INCLUDING FINES AND POSSIBLE IMPRISONMENT.

4/4/12                                          Lease Decision

**Payment Receipt - Susan B. Moreland**          **Account No.: VH334**          **Invoice No.: 70757066**

================================= Payment Receipt =================================

```
Account#       : xxxx xxxx xxxx 1002      Date Time : 2012-04-04 16:02:17
Account Type : Amex                       Requestor : RAUL RAMOS
Sales Amount : $53.98                     Services  : Report Fee
Tax Amount   : $.00
Charge Amount: $53.98
Approval#      : ESJP8E157806
```

================================================================================

4/4/12                       Lease Decision

**SafeRent IDentify(TM)**                                               **April 4, 2012**
                                                                         **1 : 04 PM**

REPORT INFORMATION SECTION

## REPORT INFORMATION

| | | | |
|---|---|---|---|
| Property ID: | VH334 | Phone: | <u>760-593-7797</u> |
| Property Name: | Raul Ramos | Fax: | |
| Request Date: | 04/04/2012 | Request Type: | SafeRent IDentify |
| Request ID: | 70757066 | Permissible Purpose: | Resident Screening |
| Process Date: | 04/04/2012 16:02:47 | | |

## APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | SUSAN B MORELAND | Suffix: | |
| Current Address: | ███████████ | SSN: | ███████ |

| | | | |
|---|---|---|---|
| **Transaction Number:** | 0032348229 | **Request Number:** | 70757066 |
| **INPUT SSN VALIDATION:** | SSN IS PRESUMED TO BE VALID | | |
| **Report Status:** | RECORD FOUND | | |

Record - 1 of 29

| | | | |
|---|---|---|---|
| Name: | SUSAN E BURBANO | Street Address: | ████████ |
| SSN: | ██████ | City: | |
| DOB: | 00/00/0000 | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | 03/2012 - |

Record - 2 of 29

| | | | |
|---|---|---|---|
| Name: | SUSAN E BURBANO | Street Address: | ████████ |
| SSN: | ██████ | City: | |
| DOB: | 00/00/0000 | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | 09/2011 - |

Record - 3 of 29

| | | | |
|---|---|---|---|
| Name: | SUSAN E BURBANO | Street Address: | ████████ |
| SSN: | ██████ | City: | |
| DOB: | 00/00/0000 | State/ZIP: | |
| Phone: | - - | County: | |
| | | Residency: | 04/2008 - |

Record - 4 of 29

| | | | |
|---|---|---|---|
| Name: | SUSAN E BURBANO | Street Address: | ████████ |
| SSN: | ██████ | City: | |



4/4/12                                    Lease Decision

DOB:                    00/00/0000              State/ZIP:
Phone:                  - -                     County:
                                                Residency:          11/2007 -

Record - 5 of 29
Name:                   SUSAN E BURBANO         Street Address:

SSN:                                            City:
DOB:                    00/00/0000              State/ZIP:
Phone:                  - -                     County:
                                                Residency:          10/2005 -

Record - 6 of 29
Name:                   SUSAN E BURBANO         Street Address:
SSN:                                            City:
DOB:                    00/00/0000              State/ZIP:
Phone:                  - -                     County:
                                                Residency:          08/2005 -

Record - 7 of 29
Name:                   SUSAN E BURBANO         Street Address:
SSN:                                            City:
DOB:                                            State/ZIP:
Phone:                                          County:
                                                Residency:          12/2004 -

Record - 8 of 29
Name:                   SUSAN MORTENSEN         Street Address:
SSN:                                            City:
DOB:                    00/00/0000              State/ZIP:
Phone:                  - -                     County:
                                                Residency:          12/1992 -

Record - 9 of 29
Name:                   SUSAN E MORTENSON       Street Address:
SSN:                                            City:
DOB:                    00/00/0000              State/ZIP:
Phone:                  - -                     County:
                                                Residency:          12/1991 -

Record - 10 of 29
Name:                   SUSAN E MORTENSON       Street Address:

SSN:                                            City:

4/4/12                                    Lease Decision

DOB:                    00/00/0000          State/ZIP:
Phone:                  - -                 County:
                                            Residency:         11/1990 -

Record - 11 of 29
Name:                   SUSAN E MORTENSON    Street Address:
SSN:                                        City:
DOB:                    00/00/0000          State/ZIP:
Phone:                  - -                 County:
                                            Residency:         11/1986 -

Record - 12 of 29
Name:                   SUSAN MORTENSEN      Street Address:

SSN:                                        City:
DOB:                    00/00/0000          State/ZIP:
Phone:                  - -                 County:
                                            Residency:         04/1984 -

Record - 13 of 29
Name:                   SUSAN E MORTENSON    Street Address:
SSN:                                        City:
DOB:                    00/00/0000          State/ZIP:
Phone:                  - -                 County:
                                            Residency:         10/1981 -

Record - 14 of 29
Name:                   SUSAN E MORTENSON    Street Address:

SSN:                                        City:
DOB:                    00/00/0000          State/ZIP:
Phone:                  - -                 County:           SAN DIEGO
                                            Residency:         -

Record - 15 of 29
Name:                   ALEJANDRO J GODINEZ Street Address:
SSN:                                        City:
DOB:                    00/00/0000          State/ZIP:
Phone:                  - -                 County:
                                            Residency:         10/2004 -

Record - 16 of 29
Name:                   ALEX J GODINEZ      Street Address:
SSN:                                        City:

4/4/12                                         Lease Decision

DOB:                    00/00/0000                State/ZIP:
Phone:                  - -                       County:
                                                  Residency:          01/2003 -

Record - 17 of 29
Name:                   ALEJANDRO J GODINEZ       Street Address:
SSN:                                              City:
DOB:                    00/00/0000                State/ZIP:
Phone:                  - -                       County:
                                                  Residency:          11/2002 -

Record - 18 of 29
Name:                   ALEX J GODINEZ            Street Address:
SSN:                                              City:
DOB:                    00/00/0000                State/ZIP:
Phone:                  - -                       County:
                                                  Residency:          08/2002 -

Record - 19 of 29
Name:                   VICKI BERTOLI             Street Address:

SSN:                                              City:
DOB:                                              State/ZIP:
Phone:                                            County:
                                                  Residency:          06/2002 -

Record - 20 of 29
Name:                   ALEX J GODINEZ            Street Address:
SSN:                                              City:
DOB:                                              State/ZIP:
Phone:                                            County:
                                                  Residency:          06/2001 -

Record - 21 of 29
Name:                   VICKI BERTOLI             Street Address:
SSN:                                              City:
DOB:                    00/00/0000                State/ZIP:
Phone:                  - -                       County:
                                                  Residency:          01/1999 -

Record - 22 of 29
Name:                   ALEJANDRO J GODINEZ       Street Address:
SSN:                                              City:
DOB:                    00/00/0000                State/ZIP:

4/4/12                                    Lease Decision

Phone:                      - -              County:            ██████
                                            Residency:         10/1997 -

Record - 23 of 29
Name:            ALEX J GODINEZ             Street Address:
SSN:             ████████                   City:
DOB:             00/00/0000                 State/ZIP:
Phone:                      - -              County:
                                            Residency:         10/1997 -

Record - 24 of 29
Name:            ALEJANDRO J GODINEZ        Street Address:
SSN:             ████████                   City:
DOB:             00/00/0000                 State/ZIP:
Phone:                      - -              County:
                                            Residency:         12/1995 -

Record - 25 of 29
Name:            VICKI BERTOLI              Street Address:

SSN:                                        City:
DOB:             ████████                   State/ZIP:
Phone:                                      County:
                                            Residency:         11/1994 -

Record - 26 of 29
Name:            HARRY E MORTENSON          Street Address:

SSN:                                        City:
DOB:             ████████                   State/ZIP:
Phone:                      - -              County:
                                            Residency:         12/1992 -

Record - 27 of 29
Name:            HARRY E MORTENSON          Street Address:
SSN:             ████████                   City:
DOB:                                        State/ZIP:
Phone:                      - -              County:
                                            Residency:         04/1986 -

Record - 28 of 29
Name:            HARRY E MORTENSON          Street Address:

SSN:             ████████                   City:

4/4/12                                          Lease Decision

DOB:              ████████              State/ZIP:         ████████
Phone:                - -               County:
                                        Residency:         04/1984 -


Record - 29 of 29

Name:             HARRY E MORTENSON     Street Address:    ████████
SSN:              ████████              City:
DOB:              00/00/0000            State/ZIP:
Phone:                - -               County:
                                        Residency:         04/1984 -


Disclaimer:              This locator index product may be used exclusively to identify potential previous
                        names and addresses the applicant may have used and to obtain the applicant's date
                        of birth and verify the applicant's Social Security Number . The results of this search
                        shall not be used directly for the purpose of making employment or housing
                        decisions. However, the results may be used to broaden the scope of employment
                        and housing related background checks to include additional jurisdictions and names
                        beyond those that the applicant disclosed and to narrow the background check by
                        including the applicant's date of birth in those cases where this information is not
                        obtained from the applicant. The results of these expanded background checks may
                        be used for making employment or housing decisions in accordance with the FCRA
                        and applicable state and local statutes.