# EXHIBIT 6





**CoreLogic SafeRent**

Susan Moreland

1/16/2013

Based upon the documentation received, we have completed your request for a reinvestigation of your consumer file.

☐ Enclosed is an updated copy of your consumer file, which reflects any changes made as a result of our reinvestigation.

☐ Enclosed is an updated copy of your consumer file, which reflects any changes made as a result of our reinvestigation. Based on the documentation you provided, some records could not be updated. You may provide additional documentation to support your dispute and request a subsequent reinvestigation. Under the Fair Credit Reporting Act (FCRA), you may file a statement to append your file. Please see the enclosed Consumer Statement sheet for specific instructions.

☐ Based on the documentation you provided, we are unable to update your consumer file at this time. You may provide additional documentation to support your dispute and request another reinvestigation. Under the FCRA, Section 611: "Procedure In Case Of Disputed Accuracy", you may request that a 100-word statement be appended to your file. Please see the enclosed Consumer Statement sheet for specific instructions.

☐ Your request for a reinvestigation could not be processed due to the following reason(s): SEE BOX BELOW

☑ ADDITIONAL COMMENTS - Please see below

> Insufficient information was received in order to process your request. Please complete, sign and return the enclosed Reinvestigation Request form, along with appropriate ID and specifying the inquiry date(s) that you are disputing so that we may further assist you. Please note, we do not remove valid inquiries.

In accordance with the FCRA, you have the right to request from us, a description of the procedure used in the reinvestigation process, including the business name, address, and telephone number, if reasonably available, of any furnisher of information contacted in connection with the reinvestigation of the disputed items within your file.

Please submit such requests, in writing, to:

CoreLogic SafeRent, LLC. - Consumer Relations Department
7300 Westmore Road, Suite 3 - Rockville, Maryland 20850-5223
Phone: 1-800-815-8664

You may have additional rights under federal, state, and local laws. Please refer to the enclosed notice entitled, "Summary of Your Rights under the Fair Credit Reporting Act."

1 of 10

ReinvResp pkt 2012-01-02 OPSCR

**SR 000009**



# REINVESTIGATION REQUEST INSTRUCTIONS

## REQUESTING A REINVESTIGATION

1. To help expedite your reinvestigation request, you can complete and sign attached Form **CRD-002** "Reinvestigation Request", with legible print in blue or black ink.
2. Note that per the Fair Credit Reporting Act, we are allowed up to 30 days to complete your reinvestigation, in most circumstances.
3. Complete Section A - "Consumer Information." Attach a photocopy of your photo ID, Social Security card, or individual tax identification card in order to expedite your request.
4. Complete Section B- "Disputed Information." In this section, identify the area(s) of your consumer file that you believe to be inaccurate or incomplete. Provide the specific reason(s) for your disagreement regarding the information that appears in your file. Requests for reinvestigation must be accompanied by supporting documentation - i.e. court documents, or letter from property/landlord, etc. You must be specific regarding the items and information that you are disputing.
5. Section C- "Authorization Release." Complete the *"To Be Completed by Consumer"* portion, in order for us to facilitate a reinvestigation of the file information your are disputing. This gives us your permission to obtain information that may be needed to complete the reinvestigation.
6. Mail the signed and completed forms "Reinvestigation Request" and the "Authorization of Release" and any necessary supporting documentation to:

    **CoreLogic SafeRent, LLC.
    Consumer Relations Department
    P.O. Box 509124
    San Diego, California 92150**

7. Mail is the preferred method for sending your completed Reinvestigation Request Form; however, if you wish to FAX your completed form to us, please make sure you sign your Reinvestigation Request Form and include a photocopy of your government-issued photo ID, such as a valid driver's license, non-driver's license ID or passport to 1-800-237-6526. To contact the Consumer Relations Department, please call 1-800-815-8664.

## OBTAINING YOUR CREDIT FILE

Your credit bureau file is not maintained by CoreLogic SafeRent. To obtain a copy of your credit bureau report, or for information regarding your credit file, including trade-line accounts such as credit cards, utility bills and bankruptcy information, please contact the national credit reporting agencies (CRAs) listed below. If a copy of your credit report was obtained through CoreLogic SafeRent in conjunction with your application for housing or employment, we will provide you with a copy of the report that was obtained if your request is received within 60 days from the date it is obtained by us. If your credit report was obtained more than 60 days prior to your request, please contact the credit bureau(s) to obtain a current copy of your credit report. To dispute information contained in your Equifax, Experian or TransUnion credit reports, please contact the credit bureau(s) directly. In accordance with the FCRA, if your credit file was obtained through CoreLogic SafeRent, you may forward reinvestigation requests to the CoreLogic SafeRent Consumer Relations Department, which will in turn be forwarded to the appropriate credit bureau(s) for reinvestigation. Please do not submit credit bureau disputes to CoreLogic SafeRent which have already been initiated through the credit bureau(s). We cannot assist you with a credit dispute if we did not access your credit file on behalf of our clients.

To receive your credit file from a national CRA, you may do the following:

1. Request a copy through the CRA's automated system via the toll free phone numbers below.
2. Submit your request in writing to the CRA via the addresses below. Prior to submitting your request contact the CRA via the toll free phone numbers below to obtain specific information that you should include with your written request.
3. Request a copy through the agency's web site.
4. Request a copy through www.annualcreditreport.com or by calling 1(877) 322-8228.

## CRA CONTACT INFORMATION:

**Experian National Consumer Assistance Center**
PMB 2104
Allen, Texas 75013-2104
Telephone: 1(888) 397-3742
Website: *www.experian.com*

**Equifax Information Service Center**
PMB 740241
Atlanta, Georgia 30374-0241
Telephone: 1(800) 685-1111
Website: *www.equifax.com*

**TransUnion LLC**
PO Box 2000
Chester, Pennsylvania 19022-2000
Telephone: 1(800) 888-4213
Website: *www.transunion.com*

**TeleCheck Consumer Service Office**
PMB 4513
Houston, Texas 77210-4513
Telephone: 1(800) 366-2425
Website: *www.telecheck.com*



**CoreLogic SafeRent**

# REINVESTIGATION REQUEST

**Form CRD-002**

*Please print legibly in blue or black ink. Refer to the Instructions for assistance.*

### SECTION A: Consumer Information

*For reinvestigation, please include a copy of your valid and verifiable, government-issued photo identification for faster processing of your request -- i.e. driver's license, passport etc. Per the Fair Credit Reporting Act, reinvestigation may take up to 30 days.*

Full Name: First:_____ Middle:_____ Last:_____

Check one if applicable: ☐ Jr. ☐ Sr Date of Birth: _____

List Maiden or Other Names Used: _____

Social Security or Individual Tax Identification Number (ITIN): ___ ___ ___ ___ ___ ___ ___ ___ ___
(Include a copy of your SSN or ITIN card)

**Full Current Address:** *(Information will be mailed to this address)*
Street Address:_____ Apt.#: _____

City: _____ State: _____ Zip: _____
Phone Numbers: Home (____) _____ Work (____) _____ Cell (____) _____

### SECTION B: Disputed Information

*Please include supporting documentation - i.e. court documents, letter from property/landlord, correspondence etc. - and you must be specific regarding the item(s) being disputed. Per the Fair Credit Reporting Act, reinvestigations of disputes may take up to 30 days.*

Check area(s) you wish to dispute:
☐ Applicant Information
☐ Prior Inquiries
☐ Court Records on File

*Please list the case number(s)/account name(s) and case/account date(s) you wish to dispute:*

**Case Number/Account Name:**_____ **Case/Account Date:** _____
**Case Number/Account Name:**_____ **Case/Account Date:** _____
**Case Number/Account Name:**_____ **Case/Account Date:** _____
**Case Number/Account Name:**_____ **Case/Account Date:** _____
**Case Number/Account Name:**_____ **Case/Account Date:** _____

*Provide a brief description of the item(s) checked above that you are disputing.*

[                                                                                  ]

*(Form continues on next page)*