# EXHIBIT 7



**CoreLogic SafeRent**

# CONSUMER DISCLOSURE INSTRUCTIONS

**Form CRD-001**

*Please read the following instructions carefully. Failure to follow these instructions may delay processing of your request.*

## OBTAINING YOUR CONSUMER FILE

1. Under the Fair Credit Reporting Act (FCRA), you are entitled to a free copy of the information contained in your consumer file, if, within 60 days prior to your request, you have been notified of an adverse action taken towards you based upon information appearing in your consumer file, such as:
   a. Denial of your housing application
   b. Required to have a deposit not required by another applicant
   c. Required to have a cosigner/guarantor
   d. Assessed a higher rental rate than another applicant
   e. Denied employment or a promotion
   f. Reassigned or terminated

2. Under the FCRA, you are entitled to one free copy of your consumer file in any twelve month period. You are also entitled to a free copy of your consumer file if you certify in writing that you:
   a. Have been notified of an adverse action, as set forth in the preceding paragraph;
   b. Are unemployed and intend to apply for employment in the 60-day period beginning on the day you make the certification;
   c. Are a recipient of public welfare assistance; or
   d. Have reason to believe that your file at the consumer reporting agency contains inaccurate information due to fraud.

3. To help expedite your disclosure request, please complete and sign attached Form **CRD-001** "Consumer Disclosure Request", with legible print in blue or black ink.

4. Please provide <u>one (1)</u> of the following forms of identification, along with your completed request form:
   - Photocopy of a valid driver's license, non-driver's license <u>OR</u> state, federal or military government-issued photo ID.

   Alternately, you may provide a photocopy of <u>two (2)</u> of the following pieces of identification:
   - Social Security Card or ITIN
   - Non-Government issued photo ID (such as Employment ID or Student ID)
   - Recent Utility Bill (electric, gas or telephone bill)

5. MAIL the signed and completed form to:

   **CoreLogic SafeRent, LLC.**
   **Consumer Relations Department**
   **P.O. Box 509124**
   **San Diego, California 92150**

Disclosure of your CoreLogic SafeRent consumer file will be sent to you within 5 business days of receipt of your completed Disclosure Request Form.

Mail is the preferred method for sending your completed Consumer Disclosure Request form; however, if you wish to FAX your completed form to us, please make sure you sign your Disclosure Request Form and include a photocopy of your government-issued photo ID, such as a valid driver's license, non-driver's license or passport to 1-800-237-6526. Disclosure of your CoreLogic SafeRent Confidential Consumer file will be provided within 3 business days from receipt of your FAX. To contact the Consumer Relations Department, please call

1-800-815-8664.

## OBTAINING YOUR CREDIT FILE

Your credit bureau file is not maintained by CoreLogic SafeRent. To obtain a copy of your credit bureau report, or for information regarding your credit file, including tradeline accounts such as credit cards, utility bills and bankruptcy information, please contact the national credit reporting agencies (CRAs) listed below.

If a copy of your credit report was obtained through CoreLogic SafeRent in conjunction with your application for housing or employment we will provide you with a copy of the report that was obtained if your request is received within 60 days from the date it is obtained by us. If your credit report was obtained more than 60 days prior to your request, please contact the credit bureau(s) to obtain a current copy of your credit report.

To dispute information contained in your Experian, Equifax or TransUnion credit reports, please contact the credit bureau(s) directly. In accordance with the FCRA, if your credit file was obtained through CoreLogic SafeRent, you may forward reinvestigation requests to the CoreLogic SafeRent Consumer Relations Department, which will in turn be forwarded to the appropriate credit bureau(s) for reinvestigation. Please do not submit credit bureau disputes to CoreLogic SafeRent which have already been initiated through the credit bureau(s). We cannot assist you with a credit dispute if we did not access your credit file on behalf of our clients.

To receive your credit file from a national CRA, you may do the following:

1. Request a copy through the CRA's automated system via the toll free phone numbers below.
2. Submit your request in writing to the CRA via the addresses below. Prior to submitting your request contact the CRA via the toll free phone numbers below to obtain specific information that you should include with your written request.
3. Request a copy through the CRA's web site.
4. Request a copy through www.annualcreditreport.com or by calling 1(877) 322-8228.

CRA CONTACT INFORMATION

**Experian National Consumer Assistance Center**
PMB 2104 - Allen, Texas 75013-2104
Telephone: 1(888) 397-3742; Website:
www.experian.com

**Equifax Information Service Center**
PMB 740241 - Atlanta, Georgia 30374-0241
Telephone: 1(800) 685-1111; Website:
www.equifax.com

**Trans Union LLC**
PO Box 2000 - Chester, Pennsylvania 19022-2000
Telephone: 1(800) 888-4213; Website:
www.transunion.com

**TeleCheck Consumer Service Office**
PMB 4513 - Houston, TX 77210-4513
Telephone 1(800)366-2425; Website:
www.telecheck.com

**FACTA Central Source**
Disclosure of credit file website:
www.annualcreditreport.com
Telephone 1(877) 322-8228 or 1(877) FACT-ACT


CoreLogic SafeRent

# CONSUMER DISCLOSURE REQUEST FORM

Form CRD-001

*(Please print legibly in blue or black ink)*

## SECTION A: Type of Request
*(Check one of the following. Refer to the Instructions on page 4, Item #1-#3 for assistance.)*

1. ☐ **I qualify for a free copy of my consumer file because:** *(See item #2 of the Instructions)*
   Check one of the following:
   (a) ☐ I am requesting my free annual consumer file disclosure under the Fair Credit Reporting Act (FCRA).
   (b) ☐ I reside where state laws entitle me to one or more free copies per year, and under such law, I qualify for another free copy of my consumer file. *(See instructions sheet for states.)*
   (c) ☐ I have been notified of an adverse action based on information in my consumer file and have enclosed the qualifying information. *(Proceed to section B)*
   (d) ☐ I suspect my file may contain fraudulent information or I may be the victim of identity theft.
   (e) ☐ I can certify in writing that I am unemployed or currently receiving public assistance. I have enclosed the qualifying information.

## SECTION B: Where/With Whom You Applied
*(Complete this section if you checked boxes #1 and (b) above)*   Housing/Employment Application Date: _____

Prospective Landlord/Employer Name: _____

Contact Person: _____  Phone Number:(____) _____

Street Address: _____

City: _____  State: _____  Zip: _____

## SECTION C: Consumer Identifying Information
**Include a copy of your valid and verifiable, government-issued photo identification** *(i.e. driver's license, passport, etc.).*

Full Name: First: _____  Middle: _____  Last: _____

Check one if applicable:  ☐ Jr.  ☐ Sr   Date of Birth: _____

List Maiden or Other Names Used: _____

Social Security or Individual Tax Identification Number (ITIN): ___ ___ ___  ___ ___  ___ ___ ___ ___

Phone Numbers:  Home(____) _____  Work (____) _____  Cell (____) _____

**List all addresses where you have resided over the past seven years:** *(Information will be mailed to current address).* **If your current address is different from the address listed on your photo ID, please include a recent tax bill, or utility bill for proof of address** *(i.e. phone bill, cable bill, electric bill etc.).*

1. Current Street Address: _____  Apt.#: _____

City: _____  State: _____  Zip: _____

2. Previous Street Address: _____  Apt.#: _____

City: _____  State: _____  Zip: _____

3. Previous t Street Address: _____  Apt.#: _____

City: _____  State: _____  Zip: _____

*(Form continues on next page)*

SR 000082

4. Previous Street Address: _____ Apt.#: _____

City: _____ State: _____ Zip: _____

5. Previous Street Address: _____ Apt.#: _____

City: _____ State: _____ Zip: _____

6. Previous Street Address: _____ Apt.#: _____

City: _____ State: _____ Zip: _____

7. Previous Street Address: _____ Apt.#: _____

City: _____ State: _____ Zip: _____

BY SUBMITTING THIS FORM, I AGREE THAT I AM THE PERSON NAMED ABOVE AND I UNDERSTAND THAT IT MAY BE A VIOLATION OF FEDERAL AND/OR STATE LAW TO OBTAIN A CONSUMER REPORT ON ANY PERSON OTHER THAN MYSELF, AND THAT UNDER THE FAIR CREDIT REPORTING ACT, ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES SHALL BE FINED UNDER TITLE 18, UNITED STATES CODE, IMPRISONED FOR NOT MORE THAN 2 YEARS, OR BOTH.

**I swear, under penalty of law, that to the best of my knowledge, the information provided above is true and correct.**

Printed Name: _____

Signature: _____ Date: _____