# EXHIBIT 13

1  Michael A. Caddell (SBN 249469)
   mac@caddellchapman.com
2  Cynthia B. Chapman (SBN 164471)
   Craig C. Marchiando (SBN 283829)
3  **CADDELL & CHAPMAN**
   1331 Lamar, Suite 1070
4  Houston TX  77010
   Telephone: (713) 751-0400
5  Facsimile: (713) 751-0906
6
7  Leonard A. Bennett (*pro hac vice*)
   **CONSUMER LITIGATION ASSOCIATES, P.C.**
8  763 J. Clyde Morris Blvd., Suite 1A
   Newport News VA 23606
9  Telephone: (757) 930-3660
   Facsimile: (757) 930-3662
10
11 James A. Francis (*pro hac vice*)
   jfrancis@consumerlawfirm.com
12 John Soumilas (*pro hac vice*)
   David A. Searles (*pro hac vice*)
13 **FRANCIS & MAILMAN, P.C.**
   Land Title Building, 19th Floor
14 100 South Broad Street
   Philadelphia PA 19110
15 Telephone: (215) 735-8600
   Facsimile: (215) 940-8000
16
17 *Attorneys for Plaintiff*
18
                    **UNITED STATES DISTRICT COURT**
19                 **CENTRAL DISTRICT OF CALIFORNIA**
                       **SOUTHERN DIVISION**
20
21 **SUSAN E. MORELAND, on behalf**      )
   **of herself and all others similarly**  )      No.: SACV13-00470 AG (ANx)
22 **situated,**                          )
              **Plaintiff,**              )      **DECLARATION OF SUSAN E.**
23                                        )      **MORELAND IN SUPPORT OF**
                                          )      **PLAINTIFF'S MOTION FOR**
24         **v.**                         )      **CLASS CERTIFICATION**
                                          )
25                                        )
                                          )
26 **CORELOGIC SAFERENT, LLC,**           )      Hon. Andrew J. Guilford
                                          )
27         **Defendant.**                 )      Hearing Date: July 21, 2014
                                          )      Location:  Courtroom 10D, 10:00 am
28 _____      )

DECLARATION OF SUSAN E. MORELAND IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Susan E. Moreland, declare as follows:

1.     My name is Susan E. Moreland. I am over 21 years of age, of sound mind, capable of executing this Declaration, and have personal knowledge of the facts stated herein, and they are all true and correct. I am the Plaintiff in the above-styled litigation, and I submit this Declaration in Support of Plaintiff's Motion for Class Certification.

2.     I make this Declaration without waiving the attorney-client privilege I have with my attorneys, Caddell & Chapman, Francis & Mailman, and Consumer Litigation Associates.

3.     When I discussed with my attorneys the possibility of serving as a Class Representative in this case, I understood that I would have an active role in the prosecution of this case, and I agreed to undertake all responsibilities associated with being a Class Representative.

4.     I decided to commence this lawsuit with the idea that I would vigorously pursue it, not only for myself but for the benefit of the Classes that I seek to represent.

5.     I understand the theories in my lawsuit and the responsibilities that accompany my serving as a Class Representative. I am mindful of these responsibilities and have, and will continue to, willingly carry them out.

6.     I have reviewed the documents my attorney has sent me. Whenever I had questions about this litigation, my attorneys always responded promptly.

7.     My motivation for serving as a Class Representative in this case is to make not only myself, but the members of the Class I seek to represent, whole from the Defendant's alleged violations of the Fair Credit Reporting Act.

8.     I am not aware of any conflicts I have with Class Members that would affect my ability to represent the Classes defined in this case. I commit to vigorously pursue this litigation not only for myself, but for the benefit of the Class Members I seek to represent.

DECLARATION OF SUSAN E. MORELAND IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

1        I declare, under penalty of perjury under the laws of the United States and

2    the State of Arizona, that the foregoing is true and correct.

3    DATED:  May 1, 2014, Surprise, Arizona.

4

5

6    Susan E. Moreland

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF SUSAN E. MORELAND IN SUPPORT OF MOTION FOR CLASS CERTIFICATION