# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORELOGIC SAFERENT LLC, <br><br> Defendant. | No.: SACV13-00470 AG (ANx) <br><br> ORDER GRANTING JOINT MOTION TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND EXHIBITS UNDER SEAL <br><br> Hon. Andrew J. Guilford |

Pursuant to Local Rule 79-5.1, Plaintiff Susan E. Moreland and Defendant Corelogic SafeRent, LLC have asked for leave of Court to file the Memorandum in Support of Plaintiff's Motion for Class Certification and certain of its accompanying exhibits under seal. Having considered the Motion, the applicable law, the record in this case, and the arguments of Counsel, the Court is of the opinion that the Motion should be Granted.

IT IS HEREBY ORDERED THAT the Memorandum in Support of Plaintiff's Motion for Class Certification and Exhibits 5 and 12 are filed under seal.

Date: June 03, 2014

_____
Andrew Guilford
UNITED STATES DISTRICT JUDGE