# EXHIBIT 2

10/19/2012

Susan Moreland

Vista, CA 92083

CoreLogic SafeRent
12395 First American Way
Poway, CA 92064

Dear SafeRent:

Please provide me with everything in my consumer file.

Sincerely, *Susan E. Moreland*

Susan Moreland (Formerly Burbano)
SS#:
DOB:

**RECEIVED**

JAN 16 2013

Exhibit 14
Name: Moreland
Meri Coash 12-17-13

**REDACTED**

Exhibit 2 Page 19



**REDACTED**        Exhibit 2 Page 20