# EXHIBIT 4



**FIRST**Advantage
SafeRent

Dear Consumer:

Thank you for contacting us regarding the disclosure of your consumer file. In response to your request, enclosed, please find our consumer disclosure materials. Please review all instructions and the "Summary of Your Rights" to assist you in returning all the required documentation. Your completion of form CRD-001 "Request for Disclosure" gives us permission to disclose the information that we currently maintain in your consumer file. Please sign and mail form CRD-001 "Request for Disclosure", to the address specified in the instructions. Additionally, review the "Consumer Disclosure Instructions" items #1 and #2 to see if you are entitled to a **free** copy of your consumer file.

We are a consumer reporting agency that assembles and evaluates consumer information and reports that information to clients for the purpose of residential and employment screening. The information we maintain is gathered from sources such as public records and landlord-tenant court filings. Under the regulations of the Federal Trade Commission (FTC), the Fair Credit Reporting Act (FCRA), and the Fair and Accurate Credit Transactions Act of 2003 (FACTA), we may disclose information about your credit, court, criminal and other related history to potential housing providers and employers whom you have authorized to access the information in your consumer file.

We are a reseller of some consumer information such as credit reports obtained from the three national credit reporting agencies. If you need assistance with your credit report, please refer to the "Obtaining Your Credit Report" section of the enclosed instructions.

If you have any questions or comments with regard to this information, please do not hesitate to contact our automated Consumer Relations phone line at 1(800) 815-8664 or email us at: consumerrelations@FADVSafeRent.com.

Sincerely,

Consumer Relations Department



CsmrDisc pkt 2005-11-11-01a OPSCR

**SR 000069**

Exhibit 4 Page 34



**FIRSTAdvantage**
SafeRent

# CONSUMER DISCLOSURE INSTRUCTIONS

## OBTAINING YOUR CREDIT FILE

Contact the national credit reporting agencies (CRA) directly for best service regarding your credit file disputes, requests for disclosure, or any information maintained in your credit file -- including your right to place an identity theft or military duty alert on your credit file. As a reseller for the three national credit reporting agencies, you may also forward such requests through our Consumer Relations Department to dispute information on a report we provided.

To receive your credit file from a national CRA, you may do the following:

1. Request a copy through the CRA's automated system via the toll free phone numbers below.
2. Submit your request in writing to the CRA via the addresses below. Prior to submitting your request contact the CRA via the toll free phone numbers below to obtain specific information that you should include with your written request.
3. Request a copy through the agency's web site.

### CRA CONTACT INFORMATION

**Experian National Consumer Assistance Center**
PMB 2104 - Allen, Texas 75013-2104
Telephone: 1(888) 397-3742; Website: www.experian.com

**Equifax Information Service Center**
PMB 740241 - Atlanta, Georgia 30374-0241
Telephone: 1(800) 685-1111; Website: www.equifax.com

**Trans Union LLC**
PMB 390 - Springfield, Pennsylvania 19064-0390
Telephone: 1(800) 888-4213; Website: www.transunion.com

**TeleCheck Consumer Service Office**
PMB 4513 - Houston, TX 77210-4513
Telephone 1(800)366-2425; Website: www.telecheck.com

## OBTAINING YOUR CONSUMER FILE

1. Under the Fair Credit Reporting Act (FCRA), you are entitled to a free copy of the information contained in your consumer file, if, within 60 days prior to your request, you have been notified of an adverse action taken towards you based upon information appearing in your consumer file, such as:
   a. Denial of your housing application
   b. Required to have a deposit not required by another applicant
   c. Required to have a cosigner/guarantor
   d. Assessed a higher rental rate than another applicant
   e. Denied employment or a promotion
   f. Reassigned or terminated
2. Under the FCRA, you are entitled to one free copy of your consumer file in any twelve month period. You are also entitled to a free copy of your consumer file if you meet the following criteria:
   a. You have been notified of an adverse action, as set forth in sub-paragraph "1" above.
   b. You reside in a state where you are entitled to more than one free copy in any twelve month period.
   c. You suspect that your file may contain fraudulent information, or you are a victim of identity theft.
   d. You are unemployed or you currently receive public assistance.
3. If the above items #1 or #2 do not apply to you, there may be a processing fee that must accompany your request. Payment is allowed by cashier's check or money order only - payable to First Advantage SafeRent, Inc.

*(Fees are determined by the state in which you reside and are subject to change without notice.)*

| STATE | PROCESSING FEE |
|---|---|
| Arizona | $5.00 per copy |
| California | $5.00 per copy |
| Colorado | $5.00 per copy |
| Connecticut | $5.00 per copy |
| Georgia | Free 1st and 2nd copy in any 12-month period; $5.00 per additional copy |
| Kansas | $5.00 per copy |
| Louisiana | $5.00 per copy |
| Maine | $5.00 per copy |
| Maryland | $5.00 per copy |
| Massachusetts | $5.00 per copy |
| Minnesota | $5.00 per copy |
| Montana | $5.00 per copy |
| Nebraska | $5.00 per copy |
| New Hampshire | $5.00 per copy |
| New Jersey | $5.00 per copy |
| New Mexico | $5.00 per copy |
| New York | $5.00 per copy |
| Rhode Island | $5.00 per copy |
| Texas | $5.00 per copy |
| Vermont | $5.00 per copy |
| Washington | $5.00 per copy |
| All Other States | $9.00 per copy |

3. Form CRD-001 "Consumer Disclosure Request", must be signed, completed in full and be printed legibly in blue or black ink. Otherwise, your request will be delayed.
4. If your identifying information differs from the information listed in your file, attach a photocopy of your photo ID, social security or individual tax identification card and a recent utility bill to your request.
5. MAIL the signed and completed form to:
   **First Advantage SafeRent, Inc.**
   **Consumer Relations Department**
   **7300 Westmore Road, Suite 3**
   **Rockville, Maryland 20850-5223**

CsmrDisc pkt 2005-11-11-01a OPSCR

SR 000070

Exhibit 4 Page 35



Form CRD-001

# CONSUMER DISCLOSURE REQUEST

*(Please print legibly in blue or black ink)*

### SECTION A: Type of Request
*(Check one of the following. Refer to the Instructions on page 4, item #1-#3 for assistance.)*

1. ☐ I am requesting a copy of my consumer file. Enclosed is my processing fee payment in the amount of $ _____

2. ☐ I qualify for a free copy of my consumer file because: *(Check one of the following)*
   - (a) ☐ I am requesting my free annual consumer file disclosure under the Fair Credit Reporting Act (FCRA).
   - (b) ☐ I reside where state laws entitle me to more than one annual free copy, and under such law, I qualify for another free copy of my consumer file. *(See Instructions sheet for states.)*
   - (c) ☐ I have been notified of an adverse action based on information in my consumer file and have enclosed the qualifying information. *(Proceed to section B)*
   - (d) ☐ I suspect my file may contain fraudulent information or I may be the victim of identity theft.
   - (e) ☐ I can certify in writing that I am unemployed or currently receiving public assistance. I have enclosed the qualifying information. *(See item #2 of the Instructions)*

### SECTION B: Where/With Whom You Applied
*(Complete this section if you checked boxes #2 and (b) above)*   Housing/Employment Application Date: _____

Prospective Landlord/Employer Name: _____

Contact Person: _____   Phone Number: ( ___ ) _____

Street Address: _____

City: _____   State: _____   Zip: _____

### SECTION C: Consumer Identifying Information
Include a copy of your valid and verifiable, government-issued photo identification for faster processing of your request *(i.e. driver's license, passport etc.).*

Full Name:
First: _____   Middle: _____   Last: _____

*(Check one if applicable):* ☐ Jr.   ☐ Sr   Date of Birth: _____

List Maiden or Other Names Used: _____

Social Security or Individual Tax Identification Number: ☐☐☐ - ☐☐ - ☐☐☐☐

Phone Numbers: Home ( ___ ) _____   Work ( ___ ) _____   Mobile ( ___ ) _____
*(Area code)  (Number)*          *(Area code)  (Number)*          *(Area code)  (Number)*

List all addresses where you have resided over the past seven years: *(Information will be mailed to the current address.)*

1. Current Street Address: _____   Apt.#: _____
   City: _____   State: _____   Zip: _____

2. Street Address: _____   Apt.#: _____
   City: _____   State: _____   Zip: _____

*(Form continues on next page)*

3. Street Address: _____ Apt.#: ___
   City: _____ State: ___ Zip: ___
4. Street Address: _____ Apt.#: ___
   City: _____ State: ___ Zip: ___
5. Street Address: _____ Apt.#: ___
   City: _____ State: ___ Zip: ___
6. Street Address: _____ Apt.#: ___
   City: _____ State: ___ Zip: ___
7. Street Address: _____ Apt.#: ___
   City: _____ State: ___ Zip: ___

## SECTION D: Third Party Request and Identifying Information

*(Complete only if you want to have your consumer file released to someone other than yourself. Check the boxes that apply.)*

In order to protect your privacy rights, the Fair Credit Reporting Act requires that we obtain your written consent authorizing disclosure of the contents of your consumer file to a third party representative. Upon receipt of this form, we will be happy to assist you and your representative on any matter concerning your consumer file.

☐ I authorize the disclosure of the contents of my consumer file to the third party identified below.

Third party's relationship/association to you: _____

*Third Party's Full Name:*
First: _____ Middle: _____ Last: _____

**Full Current Address:** *(Information will be mailed to this address.)*

Street Address: _____ Apt.#: ___
City: _____ State: ___ Zip: ___

Phone Numbers: Home (___) ___-____  Work (___) ___-____  Mobile (___) ___-____
              *(Area code) (Number)*  *(Area code) (Number)*  *(Area code) (Number)*

## SECTION E: Request for Alternate Disclosure Method

☐ I wish to authorize disclosure of my file in a manner other than in writing. *(Check one of the following)*

☐ By telephone   ☐ By some other means, specified as follows: _____

BY SUBMITTING THIS FORM, I AGREE THAT I AM THE PERSON NAMED ABOVE AND I UNDERSTAND THAT FEDERAL LAW PROVIDES THAT ANY PERSON OBTAINING INFORMATION FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES SHALL BE FINED NOT MORE THAN $5,000, OR IMPRISONED NOT MORE THAN ONE (1) YEAR, OR BOTH.

*I swear, under penalty of law, that to the best of my knowledge, the information provided above is true and correct.*

Printed Name: _____

Signature: _____  Date: _____

Exhibit 4 Page 38



# FIRSTAdvantage
### SafeRent

# CONSUMER STATEMENT REQUEST

*Please print legibly in blue or black ink.*

**SECTION A: Consumer Information**

**Full Name:** First: _____  Middle: _____  Last: _____
*(Check one if applicable):* ☐ Jr.   ☐ Sr.   Date of Birth: _____

Social Security or Individual Tax Identification Number:
*(Include a copy of your SSN or ITIN card)*

**Full Current Address:** *(Information will be mailed to this address.)*
Street Address: _____   Apt.#: _____
City: _____   State: _____   Zip: _____

Phone Numbers: Home ( ___ ) ___   Work ( ___ ) ___   Mobile ( ___ ) ___
*(Area code)  (Number)    (Area code)  (Number)    (Area code)  (Number)*

**SECTION B: STATEMENT**
You may add a brief (up to 100 words) Consumer Statement to append to your file. Per the Fair Credit Reporting Act, as a Consumer Reporting Agency, we must include a summary of your statement in future reports.

**Please include case numbers and dates if applicable.**

*I affirm, under penalty of law, that to the best of my knowledge, the information provided above is true and correct.*

Signature: _____

Printed Name: _____   Date: _____

ReInvResp pkt 2005-11-11-01a OPSCR

SR 000073

A Summary of Your Rights
under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) is designed to promote accuracy, fairness, and privacy of information in the files of every "consumer reporting agency" (CRA). Most CRAs are credit bureaus that gather and sell information about you -- such as if you pay your bills on time or have filed bankruptcy -- to creditors, employers, landlords, and other businesses. You can find the complete text of the FCRA, 15 U.S.C. 1681-1681u, at the Federal Trade Commission's web site (*http://www.ftc.gov*). The FCRA gives you specific rights, as outlined below. You may have additional rights under state law. You may contact a state or local consumer protection agency or a state attorney general to learn those rights.

- **You must be told if information in your file has been used against you.** Anyone who uses information from a CRA to take action against you -- such as denying an application for credit, insurance, or employment -- must tell you, and give you the name, address, and phone number of the CRA that provided the consumer report.

- **You can find out what is in your file.** At your request, a CRA must disclose your consumer report to you, including all information in your file and a list of everyone who has requested it recently. You will not be charged for the first disclosure in every twelve month period. You are also entitled to a free report if (1) a person has taken adverse action against you because of information supplied by the CRA, so long as you request the report within 60 days of receiving notice of the action, (2) you certify that you are unemployed and plan to seek employment within 60 days, (3) you are on welfare, or (4) your report is inaccurate due to fraud. Otherwise, a CRA may charge you up to eight dollars for disclosure of your consumer report.

- **You can dispute inaccurate information with the CRA.** If you tell a CRA that your file contains inaccurate information, the CRA must investigate the items (usually within 30 days) by presenting to its information source all relevant evidence you submit, unless your dispute is frivolous. The source must review your evidence and report its findings to the CRA. (The source also must advise national CRAs -- to which it has provided the data -- of any error.) The CRA must give you a written report of the investigation, and a copy of your report if the investigation results in any change. If the CRA's investigation does not resolve the dispute, you may add a brief statement to your file. The CRA must normally include a summary of your statement in future reports. If an item is deleted or a dispute statement is filed, you may ask that anyone who has recently received your report be notified of the change.

- **Inaccurate information must be corrected or deleted.** A CRA must remove or correct inaccurate or unverified information from its files, usually within 30 days after you dispute it.

- **However, the CRA is not required to remove accurate data from your file unless it is outdated (as described below) or cannot be verified.** If your dispute results in any change to your report, the CRA cannot reinsert into your file a disputed item unless the information source verifies its accuracy and completeness. In addition, the CRA must give you a written notice telling you it has reinserted the item. The notice must include the name, address and phone number of the information source.

- **You can dispute inaccurate items with the source of the information.** If you tell anyone -- such as a creditor who reports to a CRA -- that you dispute an item, they may not then report the information to a CRA without including a notice of your dispute. In addition, once you've notified the source of the error in writing, it may not continue to report the information if it is, in fact, an error.

- **Outdated information may not be reported.** In most cases, a CRA may not report negative information that is more than seven years old; ten years for bankruptcies.

- **Access to your file is limited.** A CRA may provide information about you only to people with a need recognized by the FCRA -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.

CsmrDisc pkt 2005-11-11-01a OPSCR

SR 000074

Exhibit 4 Page 39

- **Your consent is required for reports that are provided to employers, or reports that contain medical information.** A CRA may not give out information about you to your employer, or prospective employer, without your written consent. A CRA may not report medical information about you to creditors, insurers, or employers without your permission.

- **You may choose to exclude your name from CRA lists for unsolicited credit and insurance offers.** Creditors and insurers may use file information as the basis for sending you unsolicited offers of credit or insurance. Such offers must include a toll-free phone number for you to call if you want your name and address removed from future lists. If you call, you must be kept off the lists for two years. If you request, complete, and return the CRA form provided for this purpose, you must be taken off the lists indefinitely.

- **You may seek damages from violators.** If a CRA, a user or (in some cases) a provider of CRA data, violates the FCRA, you may sue them in state or federal court.

The FCRA gives several different federal agencies authority to enforce the FCRA:

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| CRAs, creditors and others not listed below | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>1-877-FTC-HELP (382-4357) (Toll-Free) |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219<br>800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551<br>202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Programs<br>Washington, DC 20552<br>800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314<br>703-518-6360 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Division of Compliance & Consumer Affairs<br>Washington, DC 20429<br>1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation<br>Office of Financial Management<br>Washington, DC 20590<br>202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, DC 20250<br>202-720-7051 |

<u>**You may have additional rights under state law.**</u>

CsmrDisc pkt 2005-11-11-01a OPSCR

SR 000075

Exhibit 4 Page 40

**Un Resumen de Sus Derechos en Virtud de la Ley de Informe Justo de Crédito**

La Ley Federal de Informe Justo de Crédito (*Fair Credit Reporting Act*, FCRA) fomenta la exactitud, justicia y privacidad de la información en los expedientes de las agencias de informe del consumidor. Existen muchos tipos de agencias de informe del consumidor, incluyendo las agencias de crédito (credit bureaus) y las especializadas (como agencias que venden información sobre historial de firma de cheques, expedientes médicos e historial de alquiler). A continuación tiene un breve resumen de sus principales derechos en virtud de la FCRA. **Para más información, incluyendo información sobre derechos adicionales, visite www.ftc.gov/credit/espanol_loans.htm o escriba a: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **Deben notificarle si la información en su expediente se ha utilizado en contra de usted.** Todo aquel que utilice un informe de crédito u otro tipo de informe de consumidor para denegar su solicitud de crédito, seguro o empleo, o para emprender otra acción contra usted, debe informarle y debe darle el nombre, la dirección y el teléfono de la agencia que proporcionó esa información.

- **Tiene derecho a saber lo que está en su expediente.** Puede solicitar y obtener toda la información sobre usted en los archivos de una agencia de informe del consumidor. Deberá proporcionar identificación, que puede incluir su número de Seguro Social. En muchos casos, la divulgación de esta información será gratuita. Tiene derecho a una divulgación gratuita si:
  - una persona ha emprendido una acción adversa contra usted debido a información en su informe de crédito;
  - usted es víctima de un robo de identidad y se coloca una alerta de fraude en su expediente;
  - su expediente contiene información no exacta como resultado de fraude;
  - usted recibe asistencia pública;
  - no está empleado pero anticipa solicitar empleo en 60 días.
  
  Asimismo, para septiembre de 2005, todos los consumidores tendrán derecho a una divulgación cada 12 meses si así lo solicitan a cada agencia de crédito nacional y de las agencias nacionales de informe del consumidor especializadas. Para información adicional, visite www.ftc.gov/credit/espanol_loans.htm.

- **Tiene derecho a pedir su puntuación de crédito.** Las puntuaciones de crédito son resúmenes numéricos de su valía de crédito basados en información de las agencias de crédito. Puede solicitar una puntuación de crédito de agencias de informe del consumidor que crean puntuaciones o distribuyen las puntuaciones utilizadas en préstamos de bienes raíces residenciales, pero tendrá que pagar para recibirla. En algunas transacciones hipotecarias, el prestamista le dará gratuitamente información sobre su puntuación de crédito.

- **Tiene derecho a confrontar información incompleta o no exacta.** Si identifica información en su expediente que es incompleta o inexacta, y la reporta a la agencia de informe del consumidor, la agencia debe investigar a menos que su confrontación sea frívola. Visite www.ftc.gov/credit/espanol_loans.htm **para una explicación de los procedimientos de confrontación.**

- **Las agencias de informe del consumidor deben corregir o eliminar información inexacta, incompleta o no verificable.** La información no exacta, incompleta o no verificable debe ser retirada o corregida, generalmente dentro de 30 días. No obstante, una agencia de informe del consumidor puede seguir reportando información si ha verificado su exactitud.

- **Las agencias de informe del consumidor no pueden reportar información negativa atrasada.** En la mayoría de los casos, una agencia de informe del consumidor puede no reportar información negativa ocurrida hace más de siete años, ni quiebras ocurridas hace más de 10 años.

- **El acceso a su expediente es limitado.** Una agencia de informe del consumidor puede proporcionar información sobre usted solamente a personas que realmente la necesiten - generalmente para considerar una

CsmrDisc pkt 2005-11-11-01a OPSCR

SR 000076

Exhibit 4 Page 41

solicitud con un acreedor, asegurador, empleador, propietario de vivienda u otro negocio. La FCRA especifica quiénes son las personas que tienen una necesidad válida de acceso.

- **Debe otorgar su consentimiento para que se envíen sus informes a empleadores.** Una agencia de informe del consumidor no puede dar información sobre usted a su empleador, o a un posible empleador, sin su consentimiento escrito previo otorgado al empleador. El consentimiento escrito generalmente no es requerido en la industria de camiones. Para más información visite www.ftc.gov/credit/espanol_loans.htm.

- **Puede limitar las ofertas "preevaluadas" de crédito y seguro que obtiene basadas en información en su informe de crédito.** Las ofertas "preevaluadas" de crédito y seguro deben incluir un número de teléfono sin cargo al que puede llamar si desea eliminar su nombre y dirección de las listas en las que se basan estas ofertas. Puede optar por no figurar en las listas de las agencias de crédito llamando al 1-888-5-OPTOUT (1-888-567-8888).

- **Puede obtener compensación de los acreedores.** Si una agencia de informe del consumidor, o en algunos casos, un usuario de informes de consumidor o proveedor de información a una agencia de informe del consumidor infringe la FCRA, usted puede presentar un pleito en un tribunal estatal o federal.

- **Las víctimas de robo de identidad y el personal militar en activo tienen derechos adicionales.** Para más información, visite www.ftc.gov/credit/espanol_loans.htm.

Los estados tienen autoridad para hacer cumplir la FCRA, y muchos estados tienen su propia legislación de informe del consumidor. En algunos casos, usted puede tener más derechos en virtud de la ley estatal. Comuníquese con su agencia de protección estatal o local del consumidor o su Fiscal general estatal. Las agencias a nivel federal son:

| TIPO DE NEGOCIO: | CONTACTAR: |
|---|---|
| Agencias de Informe del consumidor, acreedores y otros no mencionados abajo | Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580    877-382-4357 |
| Bancos nacionales, sucursales/agencias federales de bancos extranjeros (con la palabra "National" o las iniciales "N.A." en o después del nombre del banco) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219    800-613-6743 |
| Bancos que pertenecen al Sistema de la Reserva Federal (salvo bancos nacionales, y sucursales/agencias federales de bancos extranjeros) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551    202-452-3693 |
| Asociaciones de ahorros y cajas de ahorros con acreditación federal (con la palabra "Federal" o las iniciales "F.S.B." en el nombre de la institución federal) | Office of Thrift Supervision<br>Consumer Programs<br>Washington, DC 20552    800-842-6929 |
| Bancos de crédito federales (con las palabras "Federal Credit Union" en el nombre de la institución) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314    703-518-6360 |
| Bancos acreditados a nivel estatal que no son miembros del Sistema de la Reserva Federal | Federal Deposit Insurance Corporation<br>Division of Compliance & Consumer Affairs<br>Washington, DC 20429    800-934-FDIC |
| Transportadores por aire, superficie o ferrocarril regulados por la antigua Junta de Aeronáutica Civil o por la Comisión Interestatal de Comercio | Department of Transportation<br>Office of Financial Management<br>Washington, DC 20590    202-366-1306 |
| Actividades sujetas a la Ley de Empacadores y Estibadores de 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, DC 20250    202-720-7051 |

CsmrDisc pkt 2005-11-11-01a OPSCR

SR 000077

Exhibit 4 Page 4A

*Para informacion en espanol, visite www.consumer.gov/idtheft o escribe a la FTC, Consumer Response Center, Room 130-B, 600 Pennsylvania Avenue, N.W. Washington, D.C., 20580.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumer.gov/idtheft or write to: FTC, Consumer Response Center, Room 130-B, 600 Pennsylvania Avenue, N.W. Washington, D.C., 20580.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file** to let potential creditors and others know that you may be a victim of identity theft. A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

    - Equifax: 1-800-685-1111 --- www.equifax.com
    - Experian: 1-888-397-3742 --- www.experian.com
    - TransUnion: 1-800-888-4213 --- www.transunion.com

    An <u>initial fraud alert</u> stays in your file for at least 90 days. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an *identity theft report*. An *identity theft report* includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the *identity theft report*, visit www.consumer.gov/idtheft.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An <u>initial fraud alert</u> entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an <u>extended alert</u> entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.ftc.gov/credit.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the

CsmrDisc pkt 2005-11-11-01a OPSCR

SR 000078

Exhibit 4 Page 43

theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumer.gov/idtheft.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your *identity theft report*. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6. **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an *identity theft report*.

To learn more about identity theft and how to deal with its consequences, visit www.consumer.gov/idtheft, or write to the FTC. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state attorney general.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.ftc.gov/credit.

CsmrDisc pkt 2005-11-11-01a OPSCR

SR 000079

Exhibit 4 Page 44