# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


SUSAN E. MORELAND,            :

       Plaintiff,      : Case No.:

vs.                           : SACV13-00470 AG (ANx)

CORELOGIC SAFERENT, LLC,      :

       Defendant.      :

- - -

CONFIDENTIAL TRANSCRIPT

- - -

      Oral deposition of JASON DOYLE held at the Law Offices of Morrison & Foerster, LLP, 1650 Tysons Boulevard, Suite 400, McLean, Virginia 22102, on Wednesday, February 5, 2014, commencing at 2:09 p.m. taken by and before Janice Jones, Registered Professional Reporter and Notary Public.


- - -




SUMMIT COURT REPORTING, INC.
Certified Court Reporters & Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (609) 567-3315 * (800) 447-8648
www.summitreporting.com

JASON DOYLE-CONFIDENTIAL

```
 1    APPEARANCES:
 2
 3        Francis & Mailman, P.C.
 4        BY:  JAMES A. FRANCIS, ESQUIRE
 5        AND LAUREN BRENNAN, ESQUIRE
 6        Land Title Building - 19th Floor
 7        100 South Broad Street
 8        Philadelphia, PA 19110
 9        (215) 735-8600
10        Email:  jfrancis@consumerlawfirm.com
11                lbrennan@consumerlawfirm.com
12        REPRESENTING THE PLAINTIFF
13
14        Faruki, Ireland & Cox, PLL
15        BY:  RONALD I. RAETHER, JR., ESQUIRE
16        500 COURTHOUSE PLAZA, S.W.
17        10 North Ludlow Street
18        Dayton, Ohio 45402
19        (937)-227-3733
20        Email:  rraether@ficlaw.com
21        REPRESENTING THE DEFENDANT
22
23                                 - - -
24
25
```

1    E sign, saying that they have read and reviewed -- and
2    understand the terms of the contract.
3    BY MR. FRANCIS:
4        Q   All right. Now, in terms of fulfilling a
5    request by a client, are you familiar with the minimum
6    criteria that a client needs to input in order to
7    retrieve data in connection with the product or to
8    access a product is probably a better way to put it?
9        A   Yeah. The fields fluctuate based on what
10   is ordered. I'm relatively familiar with the screen --
11   the input screen but the fields do change slightly
12   based on what is being ordered.
13       Q   All right. For example, do you know
14   whether or not with regard to the credit report
15   product, do you know what identifying information must
16   be input in order for the client -- in order to fulfill
17   a credit report product?
18           MR. RAETHER: Objection to form.
19       A   Yes. The applicant's name would be a
20   required field, first and last.
21   BY MR. FRANCIS:
22       Q   First and last, all right.
23       A   Current address would be a required field.
24   A previous address would be optional.
25           I believe a social number is a required

1  field.  I can't remember all of them off the top of my
2  head, but those are some of the fields.
3      Q    All right.  Is there either a document or a
4  manual or some source which would identify what the
5  minimum matching criteria is in order for a client to
6  be able to order a product, one of the nine products?
7           MR. RAETHER:  Objection to form.
8      A    There is no manual, no.  They would just
9  see it in front of them on the screen.  It would say
10 these are required field -- our client would have to
11 fill that information out.
12          Remember, it is our client that enters the
13 information.  It's not the tenant.
14 BY MR. FRANCIS:
15     Q    No.  I know.  I guess what I'm trying to
16 figure out is this; are they able to get any of the
17 products that you have mentioned with just the first
18 and last name?  I mean, if they entered just that in?
19     A    No.
20     Q    They won't get anything back or they will
21 get --
22     A    They would not be able to go past that
23 screen because that screen is programmed to say, hey,
24 if you don't enter all of the values for all of the
25 required fields, you can't proceed forward.

JASON DOYLE-CONFIDENTIAL

1    Q    I see.
2    A    So there is programming in place to say,
3  based on what is run, it meets the required fields, if
4  you fill them all out, you can go on to the next page.
5    Q    I see.  So the screens, themselves,
6  basically provide either the gateway access or the
7  barrier to that search.
8         Correct?
9    A    Correct.
10        MR. RAETHER:  Objection to form.
11 BY MR. FRANCIS:
12   Q    You can answer.
13   A    The user -- our client would have to go
14 through the screen applicant page, enter all required
15 fields.  Once they satisfied that requirement, they can
16 go to the check out page and pay for the service, pay
17 for the product.
18   Q    All right.  Now, when a client who has a
19 bundle of products -- let's say, for example, they have
20 service agreement one, bundle two -- wants to order,
21 wants to order the products, do they have to submit
22 identifying information for each of those products or
23 is there one portal which allows them to gain access to
24 all of those products that they have been previously
25 cleared for?

**JASON DOYLE-CONFIDENTIAL**

```
 1                    CERTIFICATE OF NOTARY
 2
 3            I, JANICE JONES, the officer before whom the
 4    foregoing deposition was taken, do hereby certify that
 5    the witness whose testimony appears in the foregoing
 6    deposition was duly sworn by me; that the testimony of
 7    said witness was taken by me in stenotype and
 8    thereafter reduced to typewriting under my direction;
 9    that said deposition is a true record of the testimony
10    given by said witness; that I am neither counsel for,
11    related to, nor employed by any of the parties to the
12    action in which this deposition was taken; and,
13    further, that I am not a relative or employee of any
14    counsel or attorney employed by the parties thereto,
15    nor financially or otherwise interested in the outcome
16    of this action.
17
18
19                            JANICE JONES
20                            Notary Public in and for the
21                            Commonwealth of Virginia
22                            Registration No. 7566898
23
24    My Commission Expires:
25    March 31, 2017
```