# EXHIBIT 6

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
MORRISON & FOERSTER
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Phone: (213) 892-5561
Fax: (213) 892-5454

RONALD I. RAETHER (admitted *pro hac vice*)
rraether@ficlaw.com
DONALD E. BURTON (admitted *pro hac vice*)
dburton@ficlaw.com
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402-1818
Phone: (937) 227-3733
Fax: (937) 227-3717

Attorneys for Defendant
CORELOGIC SAFERENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>CORELOGIC SAFERENT, LLC,<br><br>   Defendant. | Case No. SACV 13-00470 AG (ANx)<br><br>**DECLARATION OF AMY MONTGOMERY IN SUPPORT OF MEMORANDUM OF DEFENDANT CORELOGIC SAFERENT, LLC IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Andrew J. Guilford<br><br>Hearing Date: September 22, 2014<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10D |

Exhibit 6  Page 77

I, Amy Montgomery, declare as follows:

1. I am making this declaration based upon personal knowledge, and I am competent to testify in the matters stated below.

2. I am Manager – Consumer Relations, and the team I supervise has been responsible for processing requests by consumers for full file disclosures from CoreLogic SafeRent, LLC ("SafeRent") since November 2012.

3. A form (CRD-001) is made available to consumers through various means to assist a consumer in providing proper identification when a full file disclosure is requested.

4. Each request for a full file disclosure from a SafeRent customer is captured in a computer system used by my team. All CRD-001 forms are imaged onto a document imaging system, which is searchable by name. Persons acting under my direction searched for a CRD form received from Susan Moreland, and there was none.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2014, at Poway, California.

*Amy Montgomery*
Amy Montgomery

870678.1