# EXHIBIT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

)
SUSAN E. MORELAND, on behalf  )
of herself and all others     )
similarly situated,           )
                              ) Case No.
    Plaintiff,                ) SACV 13-00470 AG (ANx)
                              )
vs.                           )
                              )
CORELOGIC SAFERENT, LLC,,     )
                              )
    Defendant.                )
_____)


**CONFIDENTIAL**
VIDEOTAPED DEPOSITION OF SUSAN ELIZABETH MORELAND

Phoenix, Arizona
December 17, 2013




Prepared by:

Meri Coash, RMR, CRR
Certified Realtime Reporter
(Copy)          Certified Reporter #50327

Page 2

```
 1              I N D E X
 2   WITNESS                                    PAGE
 3   SUSAN ELIZABETH MORELAND
 4
        Examination by Mr. Raether            7
 5
        Examination by Mr. Marchiando       176
 6
        Further Examination by Mr. Raether  177
 7
 8
 9           EXHIBITS MARKED
10   EXHIBITS       DESCRIPTION             FIRST
                                          REFERENCE
11
     Exhibit 1   Rental Application          58
12          MORELAND 000022-28
13   Exhibit 2   Rental Application          60
            RAMOS 000001-26
14          CONFIDENTIAL
15   Exhibit 3   Residential Rental Agreement  76
            MORELAND 000012-21
16
     Exhibit 4   Email chain ending with email from  80
17          Ronald Raether to Donald Burton
            dated 12-3-13
18          RAMOS000049-51
19   Exhibit 7   Credco Instant Merge Credit Report  85
            for Susan Burbano dated 4-4-12
20
     Exhibit 8   Credco Instant Merge Credit Report  85
21          for Susan Burbano dated 4-4-12
            MORELAND 000029-37
22
     Exhibit 10  Lease Decision dated 4-4-12  87
23
     Exhibit 11  Voluntary Petition           38
24
     Exhibit 12  Lease Decision dated 4-4-12  99
25          MORELAND 000001-9
```

Page 3

```
 1   Exhibit 13  Federal Trade Commission complaint  142
            confirmation
 2          MORELAND 000011
 3   Exhibit 14  Letter from Susan Moreland to  152
            CoreLogic SafeRent dated 10-19-12
 4
     Exhibit 15  Letter from CoreLogic SafeRent to  157
 5          Susan Moreland dated 1-16-13
 6   Exhibit 16  Complaint Class Action Susan E.  159
            Moreland vs. CoreLogic, Inc.
 7          Case No. SACV13-00470 AG (ANx)
 8   Exhibit 17  First Amended Complaint Class  160
            Action Susan E. Moreland vs.
 9          CoreLogic, Inc.
            Case No. SACV13-00470 AG (ANx)
10
     Exhibit 18  Second Amended Complaint Class  160
11          Action Susan E. Moreland vs.
            CoreLogic, Inc.
12          Case No. SACV13-00470 AG (ANx)
13   Exhibit 19  Plaintiff's Rule 26(a) Initial  168
            Disclosures Susan E. Moreland vs.
14          CoreLogic, Inc.
            Case No. SACV13-00470 AG (ANx)
15
     Exhibit 20  Shockness Property Group    172
16          Residential Lease Application
17   Exhibit 21  Shockness Property Group signature  174
            page
18
19
20             REQUESTS
21        Page 119    Line 6
22
23
24
25
```

Page 4

```
 1        INSTRUCTIONS NOT TO ANSWER
 2        Page  48    Line 19
 3        Page 154    Line 15
 4        Page 155    Line  2
 5        Page 178    Line  7
 6        Page 180    Line 20
```

Page 5

```
 1      VIDEOTAPED DEPOSITION OF SUSAN ELIZABETH MORELAND
 2   was taken on December 17, 2013, commencing at 8:55 a.m.,
 3   at the offices of Arizona Reporting Service, 2200 North
 4   Central Avenue, Suite 502, Phoenix, Arizona, before Meri
 5   Coash, a Certified Reporter in the State of Arizona.
 6
 7
 8                * * *
 9   APPEARANCES:
10      For the Plaintiff:
            CADDELL & CHAPMAN
11          By:  Craig C. Marchiando, Esq.
            1331 Lamar
12          Suite 1070
            Houston, Texas  77010
13          713-751-0400
            ccm@caddellchapman.com
14
        For the Defendant:
15          FARUKI IRELAND & COX, PLL
            By:  Ronald I. Raether, Jr., Esq.
16          500 Courthouse Plaza, S.W.
            10 North Ludlow Street
17          Dayton, Ohio  45402
            937-227-3733
18          rraether@ficlaw.com
19   Also present:  Jon Baugues, videographer
20
21
22
23
24
25
```

Page 162

1 to CoreLogic?
2     MR. MARCHIANDO: Objection. Vague.
3     THE WITNESS: I am trying to get my
4 background check resolved and the things that are on there
5 not -- refer -- well, for me, to take them off, to get it
6 resolved.
7 BY MR. RAETHER:
8   Q. So for you individually, this case is about
9 correcting the information in Exhibit 12?
10   A. Yes.
11     MR. MARCHIANDO: Objection. Misstates
12 testimony. Sorry.
13 BY MR. RAETHER:
14   Q. And that's why you asked Francis & Mailman to
15 represent you, to get that corrected?
16   A. Yes.
17     MR. MARCHIANDO: Same objection.
18 BY MR. RAETHER:
19   Q. And your understanding, that's what they're
20 pursuing in this case?
21   A. Yes.
22     MR. MARCHIANDO: Objection.
23 BY MR. RAETHER:
24   Q. Anything else about the complaint or this case,
25 based on your review of Exhibit 18?

Page 163

1   A. No.
2   Q. Do you understand that this case is being brought
3 by you as a representative of a punitive class?
4   A. Yes.
5   Q. Do you -- do you have an understanding of who
6 you're seeking to represent?
7   A. Yes.
8   Q. Who?
9   A. The whole -- everyone that is involved and other
10 people that have the same issues.
11   Q. What issue?
12   A. Of background checks being misleading and wrong
13 and not being able to get them fixed in a timely manner.
14   Q. Not being able to get things corrected?
15   A. Corrected, yes.
16   Q. Anything else?
17   A. No.
18   Q. Do you understand what your obligations are in
19 terms of being a class representative?
20   A. Yes.
21   Q. Do you understand that's more than what's
22 required if you were just to bring this case individually?
23   A. Yes.
24   Q. And what do you understand those additional
25 obligations to be?

Page 164

1     MR. MARCHIANDO: Objection. Calls for a
2 legal conclusion.
3 BY MR. RAETHER:
4   Q. I'm asking for your understanding.
5     MR. MARCHIANDO: Same objection.
6     THE WITNESS: My understanding is that,
7 again, as a whole, as a group, that these issues with
8 background checks, credit checks, need to be resolved and
9 fixed for -- for me and for everyone else.
10 BY MR. RAETHER:
11   Q. If you can turn to page 7 of Exhibit 18. And I'm
12 looking at paragraph 37 on page 7.
13   A. Yes.
14   Q. Have you read that before today? Have you
15 focused in on paragraph 37?
16   A. I've read this, yes.
17   Q. And it says that plaintiff made a request in
18 writing on or about October 18, 2012, a request that
19 defendant received on or about October 25, 2012. Do you
20 see that?
21   A. I see -- Okay, plaintiff, October -- yes.
22   Q. And I haven't seen a document produced by you
23 showing a writing to CoreLogic dated October 18, 2012. Do
24 you think that date's right?
25   A. Yes.

Page 165

1   Q. How do you know that?
2     I'm just wondering --
3   A. It --
4   Q. -- because earlier I asked you about --
5   A. It should be -- yes, it should be on the receipt
6 for -- for the return receipt on the mail.
7   Q. The one that you don't believe you have anymore?
8   A. No, I have it.
9   Q. Oh, you have it?
10   A. Yes.
11   Q. Earlier when you were testifying, you mentioned
12 four written communications with CoreLogic, all of which
13 happened before October 2012.
14   A. Yes.
15   Q. Is this one that you didn't mention in your prior
16 testimony?
17     MR. MARCHIANDO: Objection. Document speaks
18 for itself. Misstates testimony.
19 BY MR. RAETHER:
20   Q. I want to understand the basis for this
21 allegation. The facts had to come from somewhere. Did
22 they come from you, Ms. Moreland?
23   A. Yes.
24   Q. And so what's the basis for alleging that you
25 sent a writing on or about October 18th, 2012 --

Page 194

1  stress and emotional. What did you mean by that?
2       MR. MARCHIANDO: Objection. Compound.
3       THE WITNESS: Loss of hair, really no sleep,
4  just everyday stress, headaches, depression. Just
5  everyday drama.
6  BY MR. RAETHER:
7    Q. What kind of everyday drama?
8    A. Oh, just knowing, you know, that this is out
9  there -- it's out there, people are looking at it. They
10 don't know if I'm a bum, somebody just, you know, real
11 flighty, not very grounded, it bothers. And people using
12 my name, my social security number, that's extremely
13 stressful.
14   Q. For what period of time?
15   A. The whole time since I found -- found out about
16 it.
17   Q. So even after you decided not to submit a police
18 report, the identity theft has still been bothering you?
19      MR. MARCHIANDO: Objection. Compound.
20      THE WITNESS: Yes.
21 BY MR. RAETHER:
22   Q. And you still haven't submitted a police report?
23      MR. MARCHIANDO: Objection. Vague.
24      THE WITNESS: I did not.
25

Page 195

1  BY MR. RAETHER:
2    Q. And on your application to Shockness Property
3  Group, you checked that there wasn't anything in your
4  report that you thought would be troubling?
5       MR. MARCHIANDO: Objection.
6  Mischaracterizes document.
7  BY MR. RAETHER:
8    Q. Nothing that you would expect in your credit
9  report in terms of past or current difficulties?
10      MR. MARCHIANDO: Same objection.
11      THE WITNESS: That question is misleading.
12 BY MR. RAETHER:
13   Q. Do you have any other stress in your life,
14 Ms. Moreland, besides the Sa- -- what's -- addresses and
15 names in a SafeRent IDentify Report?
16      MR. MARCHIANDO: Objection. Compound.
17      THE WITNESS: No.
18 BY MR. RAETHER:
19   Q. Financially, you guys are doing well?
20   A. We're doing okay, yes.
21      MR. RAETHER: All right. No other
22 questions. Thank you.
23      MR. MARCHIANDO: We'll reserve the rest of
24 our questions.
25      THE VIDEOGRAPHER: We are off the record.

Page 196

1  The time on the video monitor is 2:31. This concludes
2  disk three and this concludes the deposition.
3       (The deposition was concluded at 2:31 p.m.)
4
   _____
5           SUSAN ELIZABETH MORELAND
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 197

1  STATE OF ARIZONA   )
2  COUNTY OF MARICOPA )
3       BE IT KNOWN the foregoing deposition was
4  taken by me pursuant to stipulation of counsel; that I was
5  then and there a Certified Reporter of the State of
6  Arizona, and by virtue thereof authorized to administer an
7  oath; that the witness before testifying was duly sworn by
8  me to testify to the whole truth; notice was provided that
9  the transcript was available for signature by the
10 deponent; that the questions propounded by counsel and the
11 answers of the witness thereto were taken down by me in
12 shorthand and thereafter transcribed into typewriting
13 under my direction; that the foregoing pages are a full,
14 true, and accurate transcript of all proceedings and
15 testimony had and adduced upon the taking of said
16 deposition, all to the best of my skill and ability.
17    I FURTHER CERTIFY that I am in no way related to
18 nor employed by any parties hereto nor am I in any way
19 interested in the outcome hereof.
20    DATED at Phoenix, Arizona, this_____day of
21 _____, 2013.
22
23
24      _____
25          Meri Coash, RMR, CRR
            Certified Reporter #50327