# EXHIBIT 1



# Compressed Transcript of the Testimony of
# JASON DOYLE-CONFIDENTIAL, 2/5/14

## CONFIDENTIAL

**Case:** Moreland v. Corelogic Saferent, LLC

Summit Court Reporting, Inc.
Phone: 215.985.2400
Fax: 215.985.2420
Email: depo@summitreporting.com
Internet: www.summitreporting.com

Exhibit 1 Page 19

Page 1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SUSAN E. MORELAND,             :
        Plaintiff,  : Case No.:
vs.                 : SACV13-00470 AG (ANx)
CORELOGIC SAFERENT, LLC,       :
        Defendant.  :
                ---
        CONFIDENTIAL TRANSCRIPT
                ---
    Oral deposition of JASON DOYLE held at the
Law Offices of Morrison & Foerster, LLP, 1650 Tysons
Boulevard, Suite 400, McLean, Virginia 22102, on
Wednesday, February 5, 2014, commencing at 2:09 p.m.
taken by and before Janice Jones, Registered
Professional Reporter and Notary Public.

                ---

        SUMMIT COURT REPORTING, INC.
    Certified Court Reporters & Videographers
        1500 Walnut Street, Suite 1610
        Philadelphia, Pennsylvania 19102
   424 Fleming Pike, Hammonton, New Jersey 08037
   (215) 985-2400 * (609) 567-3315 * (800) 447-8648
            www.summitreporting.com

Page 2

 1   APPEARANCES:
 2
 3     Francis & Mailman, P.C.
 4     BY:  JAMES A. FRANCIS, ESQUIRE
 5     AND LAUREN BRENNAN, ESQUIRE
 6     Land Title Building - 19th Floor
 7     100 South Broad Street
 8     Philadelphia, PA 19110
 9     (215) 735-8600
10     Email:  jfrancis@consumerlawfirm.com
11             lbrennan@consumerlawfirm.com
12     REPRESENTING THE PLAINTIFF
13
14     Faruki, Ireland & Cox, PLL
15     BY:  RONALD I. RAETHER, JR., ESQUIRE
16     500 COURTHOUSE PLAZA, S.W.
17     10 North Ludlow Street
18     Dayton, Ohio 45402
19     (937)-227-3733
20     Email:  rraether@ficlaw.com
21     REPRESENTING THE DEFENDANT
22
23              ---
24
25

Page 3

 1                    I N D E X
 2
 3   WITNESS                              PAGE
 4   JASON DOYLE
 5     By Mr. Francis                       4
 6
 7                    ---
 8
 9                  E X H I B I T S
10   Number                              Marked
11   P-1    Service Agreement-My Rental    76
12   P-2    Document-SR31-SR43             80
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

 1            (It is hereby stipulated and
 2   agreed by and between counsel for the
 3   respective parties that filing, sealing,
 4   and certification are waived; and that
 5   all objections, except as to the form of
 6   the question, are reserved to the time
 7   of trial.)
 8            ---
 9            JASON DOYLE, having been duly
10   sworn/affirmed, was examined as follows:
11            ---
12            EXAMINATION
13            ---
14   BY MR. FRANCIS:
15     Q    Sir, good afternoon.  My name is Jim
16   Francis.  We were just introduced.  I'm an attorney,
17   and I represent the plaintiff in this action that has
18   been brought against Corelogic Saferent.
19            Today I'm going to be taking your
20   deposition.
21            Have you ever been deposed before?
22     A    I have not.
23     Q    You have not.  All right.  Well, let me
24   give you the proper introduction as to how the process
25   works.

Page 49

1  break?
2       MR. FRANCIS: We can take it right now if
3  you want.
4       (Recess.)
5       MR. FRANCIS: I'm going to refer back to
6  Small 1 at some point, so I just have it handy. Let's
7  give them back.
8  BY MR. FRANCIS:
9    Q   All right. Before we took a break,
10 Mr. Doyle, I was asking you questions about the various
11 products that your company sells to small landlords and
12 other companies.
13      One of the things that I had asked you
14 about several of the products and the products in
15 general was the purposes of the information it was used
16 for; and you answered those questions.
17      Let me just ask you generally about the
18 process of on-boarding a new client, if you know.
19      You mentioned the various service levels
20 and what was required from a compliance perspective to
21 meet those various service levels.
22      Let me ask you about service level number
23 one.
24      Does the client have to certify to your
25 company that the information that they will be

Page 50

1  receiving through the products will be used for a
2  certain purpose?
3       MR. RAETHER: Objection to form.
4    A   Yes.
5  BY MR. FRANCIS:
6    Q   What is the purpose or what are the
7  purposes for the products to be used?
8       MR. RAETHER: Objection to form.
9    A   The small --
10 BY MR. FRANCIS:
11   Q   Go ahead.
12   A   The small landlord service can only be used
13 for resident screening for permissible purposes. When
14 one on-boards they have to hit a check box that
15 indicates such.
16   Q   The reason I ask that is before when I
17 asked you about the different service level compliance
18 issues and requirements, you mentioned that with
19 service level one they have to be identified and submit
20 this information online and take the timed test.
21      Correct? For the next level, they is
22 something greater, and the third level is a site
23 inspection.
24      Correct?
25   A   Correct.

Page 51

1    Q   Even for service level number one, they
2  still have to certify what the permissible purpose is
3  for using the products.
4       Correct?
5    A   That's correct.
6    Q   How do they make that certification to your
7  company? Is it in writing? Is it in automated form?
8  Is it a contract?
9       How do they make that certification to you?
10   A   There are two ways; the first page of the
11 on-boarding process, when this -- when this person ran
12 in 2012, the first page was a screen that had some
13 legalese verbiage on the very front of it.
14      Inside of that legalese verbiage, it said
15 the purpose of that site is for resident permissible
16 purpose only; check this box to say that you agree.
17   Q   All right.
18   A   They had to do that. So that was
19 electronically and there was also reference to it in
20 the service agreement.
21   Q   When you say "service agreement," is that
22 basically the contract between your company and that
23 user?
24      MR. RAETHER: Objection to form.
25   A   Yes. So, during the process, they have to

Page 52

1  E sign, saying that they have read and reviewed -- and
2  understand the terms of the contract.
3  BY MR. FRANCIS:
4    Q   All right. Now, in terms of fulfilling a
5  request by a client, are you familiar with the minimum
6  criteria that a client needs to input in order to
7  retrieve data in connection with the product or to
8  access a product is probably a better way to put it?
9    A   Yeah. The fields fluctuate based on what
10 is ordered. I'm relatively familiar with the screen --
11 the input screen but the fields do change slightly
12 based on what is being ordered.
13   Q   All right. For example, do you know
14 whether or not with regard to the credit report
15 product, do you know what identifying information must
16 be input in order for the client -- in order to fulfill
17 a credit report product?
18      MR. RAETHER: Objection to form.
19   A   Yes. The applicant's name would be a
20 required field, first and last.
21 BY MR. FRANCIS:
22   Q   First and last, all right.
23   A   Current address would be a required field.
24 A previous address would be optional.
25      I believe a social number is a required

Page 53

1   field. I can't remember all of them off the top of my
2   head, but those are some of the fields.
3       Q   All right. Is there either a document or a
4   manual or some source which would identify what the
5   minimum matching criteria is in order for a client to
6   be able to order a product, one of the nine products?
7           MR. RAETHER: Objection to form.
8       A   There is no manual, no. They would just
9   see it in front of them on the screen. It would say
10  these are required field -- our client would have to
11  fill that information out.
12          Remember, it is our client that enters the
13  information. It's not the tenant.
14  BY MR. FRANCIS:
15      Q   No. I know. I guess what I'm trying to
16  figure out is this; are they able to get any of the
17  products that you have mentioned with just the first
18  and last name? I mean, if they entered just that in?
19      A   No.
20      Q   They won't get anything back or they will
21  get --
22      A   They would not be able to go past that
23  screen because that screen is programmed to say, hey,
24  if you don't enter all of the values for all of the
25  required fields, you can't proceed forward.

Page 54

1       Q   I see.
2       A   So there is programming in place to say,
3   based on what is run, it meets the required fields, if
4   you fill them all out, you can go on to the next page.
5       Q   I see. So the screens, themselves,
6   basically provide either the gateway access or the
7   barrier to that search.
8           Correct?
9       A   Correct.
10          MR. RAETHER: Objection to form.
11  BY MR. FRANCIS:
12      Q   You can answer.
13      A   The user -- our client would have to go
14  through the screen applicant page, enter all required
15  fields. Once they satisfied that requirement, they can
16  go to the check out page and pay for the service, pay
17  for the product.
18      Q   All right. Now, when a client who has a
19  bundle of products -- let's say, for example, they have
20  service agreement one, bundle two -- wants to order,
21  wants to order the products, do they have to submit
22  identifying information for each of those products or
23  is there one portal which allows them to gain access to
24  all of those products that they have been previously
25  cleared for?

Page 55

1       A   Our client goes through and verifies -- we
2   vet the client one time. So client X signs up; they
3   pass our Precise ID; they are now -- have access to
4   level one. They don't need to go back and do that ever
5   again. They are on the site at level one access. That
6   is the bucket that they are in.
7       Q   I see.
8       A   They are in that box.
9       Q   I see.
10      A   Then they can run reports all day long.
11      Q   Now, assuming that they have already been
12  vetted and they have bundle two service level agreement
13  one.
14          They want to go in and -- a person walks in
15  off the street and says, "I want to rent an apartment"
16  and they want to do a search.
17          They obviously access the product through
18  an on-line portal?
19      A   Yes, through My Rental Dot Com.
20      Q   On My Rental Dot Com.
21          I think my question before was if they have
22  service level one, bundle two, I think you said they
23  have access to evictions, multi-state and tenant score.
24          Correct?
25      A   Evictions, multi-state, address history.

Page 56

1       Q   Address history?
2       A   For level one. You can get address history
3   in level one.
4       Q   All right.
5       A   Multi-state -- did I say multi-state
6   criminal? Multi-state and multi-state sex offender and
7   I believe that is it, current build, today's build.
8       Q   They have been vetted already, initially,
9   in the first round. They are vetted to have access to
10  those products.
11          Right?
12      A   They were vetted during the on-boarding
13  account creation phase.
14      Q   All right. Now, after that is finished and
15  they want to order reports, when they go into the
16  portal on My Rental Dot Com, do they input one set of
17  consumer information and criteria in order to access
18  all of the products or do they have to enter that over
19  and over again for each product?
20      A   They choose their bundle that they want.
21  In this case, when Ramos ran it, was three bundles.
22      Q   Right.
23      A   He chose number two. Correct?
24      Q   Right.
25      A   That takes him to -- then the next page

CERTIFICATE OF NOTARY

I, JANICE JONES, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in stenotype and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties thereto, nor financially or otherwise interested in the outcome of this action.

*Janice Jones*

JANICE JONES
Notary Public in and for the
Commonwealth of Virginia
Registration No. 7566898

My Commission Expires:
March 31, 2017

Exhibit 1 Page 23

```
1              SIGNATURE PAGE
2
                    - - -
3
4           I hereby acknowledge that I
    have read the aforegoing transcript, dated
5
    February 5, 2014, and the same is a true and
6
    correct transcription of the answers given by
7
    me to the questions propounded, except for
8
    the changes, if any, noted on the errata
9
    sheet.
10
                    - - -
11
12
13  SIGNATURE: _____[signature]_____
                Jason Doyle
14
15  DATE:      2/27/2014
16
17  WITNESSED BY: __Edward Lyerly, Jr._____
18                Facilities Mgr.
19                CoreLogic        2/27/14
20
21
22
23
24
25
```

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com

Exhibit 1 Page 24