# EXHIBIT 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Angela Barnard                                                                  February 12, 2014

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                    SOUTHERN DIVISION
 4
     SUSAN E. MORELAND, on behalf of)
 5   herself and all others        )
     similarly situated,,           )
 6                                  )
                    PLAINTIFF,      )
 7       vs.                        ) CASE NO. SACV13-00470 AG
                                    )           (ANx)
 8   CORELOGIC SAFERENT LLC,        )
                                    )
 9                  DEFENDANT.      )
                                    )
10
11
12           DEPOSITION OF ANGELA BARNARD
13              SAN DIEGO, CALIFORNIA
14                FEBRUARY 12, 2014
15
16
17
18   Reported by: Adela Medina, RPR, CSR No. 11964
19
20
21
22
23                                         Exhibit 3 Page 35
24
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Angela Barnard                                                                February 12, 2014

### Page 2

```
 5      VIDEOTAPED DEPOSITION OF ANGELA BARNARD,
 6   taken on behalf of Susan E. Moreland, et al., at
 7   12531 High Bluff Drive, Suite 100, beginning at 9:46
 8   a.m., and ending at 12:14 p.m, on Wednesday, February
 9   12, 2014, before Adela Medina, RPR, CSR No. 11964,
10   Certified Shorthand Reporter, in and for the County of
11   San Diego, State of California.
```

### Page 3

```
 1   APPEARANCES:
 2   FOR THE PLAINTIFF:
 3      CADDELL & CHAPMAN
         BY: Michael A. Caddell, Esq.
 4       1331 Lamar, Suite 1070
         Houston, Texas  77010-3027
 5       mac@caddellchapman.com
 6
     FOR DEFENDANT:
 7
         FARUKI, IRELAND & COX
 8       BY: Ronald I. Raether, Jr., Esq.
         BY: Christopher T. Herman, Esq.
 9       500 Courthouse Plaza, S.W.
         10 North Ludlow Street
10       Dayton, Ohio  45402
         rraether@ficlaw.com
11       cherman@ficlaw.com
```

### Page 4

```
                   I-N-D-E-X
                              PAGE  LINE  VOL

   ANGELA BARNARD
   EXAMINATION BY MR. CADDELL . . . . . . .2    7    1
```

### Page 5

```
              INDEX OF EXHIBITS IDENTIFIED

                              PAGE  LINE  VOL

   1  NOTICE OF DEPOSITION       5   15   1

   2  FORM CRD-001              11    3   1

   3  CONSUMER DISCLOSURE       12   10   1
      INSTRUCTIONS
   4  PACKET OF MATERIALS       30   20   1
   5  CUSTOMER RELATIONS        41   12   1
      POLICY MANUAL

   6  CONSUMER AUTHENTICATION   46   10   1
      PROCESS
   7  CONSUMER DISCLOSURE       55    9   1
      COPY PROCESS

   8  COVER LETTER              76    8   1

   9  REINVESTIGATION PROCEDURES 77   5   1
```

Angela Barnard                                                                     February 12, 2014

Page 18

1   THE REPORTER: I'm sorry?
2   THE WITNESS: The first sentence under
3   Section C that begins with the word "include" is
4   different.
5         Under Section C, the paragraph that begins
6   with the word "list" is different.
7         Would you like me to flip the page?
8   BY MR. CADDELL:
9   Q.  No, no. That's it. I just wanted to go
10  through that.
11        Now, this is the current form, and SafeRent is
12  still requiring consumers to provide a list of all
13  addresses where they resided over the past seven years,
14  a copy of a valid and verifiable government-issued photo
15  ID, driver's license, passport, et cetera.
16        And that -- those requirements are for
17  everyone, correct?
18        MR. RAETHER: Objection to form, vague and
19  ambiguous, assumes facts not in evidence.
20        THE WITNESS: I'm sorry. I don't understand
21  what you mean, "everyone."
22  BY MR. CADDELL:
23  Q.  Sure. Everyone who requests -- who fills out
24  this consumer disclosure request form must fill out
25  Section C and include the -- a copy of their valid and

Page 19

1   verifiable government-issued photo identification,
2   correct?
3         MR. RAETHER: Objection to form.
4         THE WITNESS: It's requested, yes.
5   BY MR. CADDELL:
6   Q.  Okay. And also, in Section C, everyone is
7   requested to list all addresses where they resided over
8   the past seven years, correct?
9         MR. RAETHER: Objection to form.
10        THE WITNESS: It's requested on this form,
11  yes.
12  BY MR. CADDELL:
13  Q.  And then if for any reason the current address
14  is different from the address listed on the photo ID,
15  say someone moved since their driver's license was
16  issued, then they have to include a recent tax bill or
17  utility bill for proof of a current address, correct?
18        MR. RAETHER: Objection to form.
19        THE WITNESS: It's -- that's what we request,
20  yes.
21  BY MR. CADDELL:
22  Q.  Okay. And -- and you don't -- you use the
23  term "request," and -- and I'm not sure what that means.
24  There's nowhere on this form where you indicate that the
25  consumer file will be provided absent compliance with

Page 20

1   that request, correct?
2         MR. RAETHER: Objection to form.
3         THE WITNESS: Correct. But there's --
4   BY MR. CADDELL:
5   Q.  I mean --
6   A.  -- also not a place where we indicate it must
7   be provided or we will not produce the report.
8   Q.  Well, okay. If you're a consumer and you get
9   this, is there any way for you to know that -- are you
10  suggesting that we ask for this, but we don't really
11  mean it?
12        MR. RAETHER: Objection to form.
13  BY MR. CADDELL:
14  Q.  And you're saying that the consumer should
15  know that?
16  A.  No, that's not what I'm suggesting.
17  Q.  Okay. You're asking for it and you expect to
18  get it, don't you? I mean, you wouldn't ask for it if
19  you didn't expect to get it, correct?
20        MR. RAETHER: Objection to form.
21        THE WITNESS: Correct.
22  BY MR. CADDELL:
23  Q.  And do you tell your people as the director of
24  operations that if they don't get this information, they
25  can go ahead and send out the file anyway?

Page 21

1         MR. RAETHER: Objection to form.
2         THE WITNESS: It would depend on how complete
3   the form is or what information we receive.
4   BY MR. CADDELL:
5   Q.  Do you have a policy manual that would reflect
6   that if they don't get this information, they can still
7   release the file?
8   A.  No, I don't.
9   Q.  Okay. In fact, your policy manual says you
10  need to get a completed form, correct?
11        MR. RAETHER: Objection to form.
12        THE WITNESS: I'd have to refer to the policy
13  you're speaking with -- to.
14  BY MR. CADDELL:
15  Q.  Okay. Now, this form -- can this form be
16  submitted, the CRD-001, over the phone?
17  A.  The form -- the form cannot be submitted over
18  the phone.
19  Q.  Can the form be submitted over the Internet
20  via e-mail?
21  A.  The consumer can submit it via e-mail;
22  however, that's not an advertised portal.
23  Q.  So, in other words, you're not -- you don't
24  tell the consumer that they can do that, correct?
25  A.  We don't advertise it. If they ask and

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Angela Barnard                                                                 February 12, 2014

### Page 42

1  Q. Okay. Credentialing and vetting a new
2  customer for service.
3  A. Uh-huh.
4  Q. And so since the end of 2012, your department
5  is responsible for that process with respect to SafeRent
6  customers as well, correct?
7  A. Yes.
8  Q. Now, are you familiar with the entity
9  "Professional Credit Research, Inc."?
10  A. I am not.
11  Q. And then on page seven -- you said that you
12  had seen seven, eight, and nine before.
13     First, with respect to pages seven and eight,
14  those are simply copies of Ms. Moreland's request
15  directed to CoreLogic SafeRent, but the address is the
16  address of your office in California, correct?
17     MR. RAETHER: Objection. Form.
18     THE WITNESS: It's the address of our previous
19  location, yes.
20  BY MR. CADDELL:
21  Q. What is your current location?
22  A. 10277 Scripps Ranch Boulevard, San Diego,
23  California.
24  Q. And you don't -- when was the first time you
25  saw pages seven and eight of Exhibit 4?

### Page 43

1  A. It would be directly related to this case, and
2  I would say June again, 2013.
3  Q. And in -- on page seven, SR 00007,
4  Ms. Moreland provides her name, also indicates a
5  previous name, Burbano, gives her social security number
6  and her date of birth, and gives a current address,
7  correct?
8     MR. RAETHER: Objection. Form.
9     THE WITNESS: Correct.
10  BY MR. CADDELL:
11  Q. But under the procedures currently used and
12  then -- used at the time and currently used, that would
13  not be enough information for Ms. Moreland to obtain her
14  SafeRent file, correct?
15     MR. RAETHER: Objection to form, lack of
16  foundation, mischaracterizes evidence.
17     THE WITNESS: We would use this currently,
18  speaking current, our current process, we would use her
19  letter and try to verify the information with the
20  information we have in her file.
21     Based on the information we require, we would
22  like to have an alternate piece to verify her identity,
23  such as a driver's license to match this information.
24     Had this document come with a driver's
25  license, she could have received her consumer report

### Page 44

1  without the form.
2  BY MR. CADDELL:
3  Q. Okay. Well, let's -- you've said several
4  things, so let's sort of break it down.
5     First, you said your current practice. When
6  did that become your current practice, what you've just
7  described?
8  A. In -- the end of November 2012.
9  Q. So there is a written policy statement
10  somewhere that we could look at that would tell us that
11  as of November, or end of the year 2012, if a consumer
12  provided their name, date of birth, social security
13  number, current address, and some form of
14  identification, they could get their file?
15  A. Not in written format, no.
16  Q. Okay. So there would be some training
17  materials where you trained your personnel, a
18  PowerPoint, for example, or something that they used to
19  prepare for the Fair Credit Reporting Act examination
20  administered by the CDIA that would have that
21  information then, correct?
22     MR. RAETHER: Objection. Form.
23     THE WITNESS: I believe there may be training
24  materials. I don't know that they would be related to
25  the CEA -- or CRA training. It could be just a process

### Page 45

1  document.
2  BY MR. CADDELL:
3  Q. So you think you may have some training
4  materials that would reflect that the consumer would not
5  have to submit a CRD-001 in order to get his SafeRent
6  file, his or her SafeRent file. They could get it as
7  long as they submitted their name, social security
8  number, date of birth, current address, and some form of
9  identification, correct?
10     MR. RAETHER: Objection to form.
11     THE WITNESS: I -- I think there's a training
12  document out there that would identify the methods in
13  which a consumer could obtain a copy of their report,
14  what we would accept. I don't know that it would be
15  written out specifically, you have to have this, you
16  have to have that, but there are alternate ways a
17  consumer can contact us to receive their consumer
18  report.
19     MR. CADDELL: You quit again.
20     MR. RAETHER: Do you want to take a break?
21     MR. CADDELL: Sure.
22     MR. RAETHER: And we can see if she can fix
23  that. Go off the record.
24     MR. CADDELL: Sure.
25     THE VIDEOGRAPHER: Going off the record at

12 (Pages 42 to 45)

```
 1                    REPORTER'S CERTIFICATION
 2
 3         I, ADELA MEDINA, Certified Shorthand Reporter for
 4   the State of California, do hereby certify:
 5
 6         That the witness in the foregoing deposition was by
 7   me first duly sworn to testify to the truth, the whole
 8   truth, and nothing but the truth in the foregoing cause;
 9   that the deposition was taken by me in machine shorthand
10   and later transcribed into typewriting, under my
11   direction, and that the foregoing contains a true record
12   of the testimony of the witness.
13
14         Dated:  This 17th day of February, 2014, at
15   San Diego, California.
16
17
18                              _____
19
20                              Adela Medina, RPR, CSR 11964
21
22
23   Government Code 69954(d):  Any court, party, or person
     who has purchased a transcript may, without paying a
24   further fee to the reporter, reproduce a copy or portion
     thereof as an exhibit pursuant to court order or rule,
25   or for internal use, but shall not otherwise provide or
     sell a copy or copies to any other party or person.
```

Exhibit 3 Page 39

Page 9

1                    CORRECTION CERTIFICATE

2          I, ANGELA BARNARD, do hereby certify that I have

3    read my deposition and that, to the best of my

4    knowledge, said deposition is true and accurate with the

5    exception of the following changes listed below.

6    Page    Line    Explanation

7    ____    ____    _____

8    ____    ____    _____

9    ____    ____    _____

10   ____    ____    _____

11   ____    ____    _____

12   ____    ____    _____

13   ____    ____    _____

14   ____    ____    _____

15   ____    ____    _____

16   ____    ____    _____

17   ____    ____    _____

18   ____    ____    _____

19   ____    ____    _____

20   ____    ____    _____

21   ____    ____    _____

22

23                           _____

24                           ANGELA BARNARD

25                                       Exhibit 3 Page 40

```
                                                              Page 10
 1              DECLARATION UNDER PENALTY OF PERJURY
 2
 3       I, ANGELA BARNARD       , do hereby certify under
 4   penalty of perjury under the laws of the State of
 5   California that I have read the foregoing transcript of
 6   my deposition taken on February 12, 2014; that I have
 7   made the necessary corrections, additions or changes to
 8   my answers that I deem necessary; that my testimony as
 9   contained herein, as corrected, is true and correct.
10
11   Executed this  14  day of    March      , 2014.
12
13                   [Notary Seal: CALISTA JONES
14                    COMM. #1938213
                      NOTARY PUBLIC-CALIFORNIA
15                    SAN DIEGO COUNTY
                      My Commission Expires
16                    MAY 24, 2015]
17                           _____
18                           ANGELA BARNARD
19
20
21
22
23
24                                      Exhibit 3 Page 41
25
```