# EXHIBIT 4

DECEMBER 2012

# Key Dimensions and Processes in the U.S. Credit Reporting System:

A review of how the nation's largest credit bureaus manage consumer data



Consumer Financial Protection Bureau

Exhibit 4 Page 42

# Table of Contents

Purpose and Executive Summary ................................................................ 2

1. Introduction .......................................................................................... 5

2. Credit Bureaus, Credit Files, Credit Reports, and Credit Scores ........ 7

3. Furnishers and Users ......................................................................... 13

4. Furnisher and Data Screening ........................................................... 18

5. Compiling Credit Files: "Matching" ................................................... 21

6. Inaccuracies in Credit Files and Credit Reports ............................... 23

7. Disputing Credit Report Errors ......................................................... 27

8. Monitoring and Measuring Credit Reporting Accuracy .................... 36

Glossary ..................................................................................................... 39

Appendix .................................................................................................... 41

**Inquiry** – A request for a consumer report.

**Metro 2®** – The industry standard format for furnisher data contributions created in 1997 by the CDIA on behalf of Equifax, TransUnion, Experian, and Innovis.

**NCRA** – Nationwide consumer reporting agency. For the purpose of this paper, an NCRA means Equifax, Experian, or TransUnion.

**Public Record** – Generally, a record that a governmental body is required to maintain, and which must be accessible to scrutiny by the public. Definitions of public records can vary by federal, state, or local jurisdiction.

**Reinvestigation** – An investigation by a consumer reporting agency or a furnisher into the accuracy or completeness of information in a consumer's credit file in response to a consumer dispute of such information.

**Trade Line** – Information furnished by a creditor to a consumer reporting agency that reflects the consumer's account status and activity. Trade line information includes the name of companies where the applicant has accounts, dates accounts were opened, credit limits, types of accounts, balances owed and payment histories.