1   NANCY R. THOMAS (CA SBN 236185)
    NThomas@mofo.com
2   MORRISON & FOERSTER
    555 West Fifth Street, Suite 3500
3   Los Angeles, CA  90013
    Phone:  (213) 892-5561
4   Fax:  (213) 892-5454

5   JAMES F. MCCABE (CA SBN 104686)
    JMcCabe@mofo.com
6   MORRISON & FOERSTER
    425 Market Street
7   San Francisco, CA  94105-2482
    Phone:  (415) 268-7011
8   Fax:  (415) 268-7522

9   RONALD I. RAETHER (CA SBN 303118)
    rraether@ficlaw.com
10  DONALD E. BURTON (admitted *pro hac vice*)
    dburton@ficlaw.com
11  FARUKI IRELAND & COX P.L.L.
    500 Courthouse Plaza, S.W.
12  10 North Ludlow Street
    Dayton, OH 45402-1818
13  Phone:  (937) 227-3733
    Fax:  (937) 227-3717
14
    Attorneys for Defendant
15  CORELOGIC SAFERENT, LLC

16
                    UNITED STATES DISTRICT COURT
17
                    CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  SUSAN E. MORELAND, | Case No. SACV 13-00470 AG (ANx) |
| 20           Plaintiff, | **DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CLAIM FOR RELIEF IV** |
| 21      v. | |
| 22  CORELOGIC SAFERENT, LLC, | |
| 23           Defendant. | Hon. Andrew J. Guilford |
| 24 | |
| 25 | Hearing Date:  July 27, 2015 |
| 26 | Hearing Time:  10:00 a.m. Courtroom:    10D |
| 27 | Action filed:  March 25, 2013 TAC filed:  February 25, 2014 |
| 28 | |

1

2

3

**DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CLAIM FOR RELIEF IV**

4

Pursuant to Local Rule 56-1, Defendant CoreLogic SafeRent, LLC

5

("SafeRent") submits its Statement of Uncontroverted Facts and Conclusions of

6

Law in Support of SafeRent's Motion for Summary Judgment on Claim for Relief

7

IV.

8

| Undisputed Fact | Evidentiary Support |
|---|---|
| **Overview of SafeRent Products** | |
| 1.   SafeRent provides tenant information services that help landlords verify the identity of candidates for rental properties. | *Multifamily Housing Solutions*, CORELOGIC SAFERENT, http://www.corelogic.com/industry/multifamily-housing-solutions.aspx#container-Consumers (last visited October 31, 2014). Attached to Declaration of Jason Doyle, ¶ 7 ("Doyle Decl.") (attached as Ex. 1). |
| 2.   SafeRent's tenant information products include SafeRent RegistryCHECK, Multi-State Criminal Search, Multi-State Sex Offender Search, and SafeRent Identify, among others. | Deposition of Jason Doyle, pp. 22:12–23:25, 41:9–15, 68:18–69:15.  ("Doyle Depo.") (excerpts attached as Ex. 2). |
| 3.   SafeRent delivers its products to landlords through an electronic interface known as "Lease Decision & Reports."  The first page of Lease Decision & Reports contains a list of | Doyle Decl., ¶¶ 4-5, and Exhibits B-E to Doyle Decl. |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| the products ordered and each report is provided on its own separate screen (or pages, if printed) with different restrictions on use.  The user does not automatically receive report results, but must click on a particular report to see its results. | |
| 4.   The content and purposes of these products differ significantly; for example, SafeRent Identify is a tool that landlords use to verify that the person applying for the residence is who they say they are.   Identify provides dates of birth, names and prior addresses which have been associated in prior and separate transactions with the social security number and other information provided by the person presenting the application, whereas RegistryCHECK provides a tenant's eviction history. | *Id.* at 41:23-43:2, 68:18-69:15; Doyle Decl., ¶¶ 5-8. |
| 5.   Identify is a tool that landlords use to verify a prospective tenant's identity, date of birth, and Social Security Number. | Doyle Decl., ¶ 7. |
| 6.   SafeRent uses a warning entitled "Disclaimer" with express restrictions | *Id.* ¶ 9 and Exhibit A to Doyle Decl. |

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| on use, to ensure that Identify reports are used in accord with SafeRent's expectations.  The Disclaimer section specifically states that Identify reports "*shall not be used directly for the purpose of making employment or housing decisions*."  It also identifies the purpose for which a landlord may use an Identify report, including broadening the scope of background checks to include additional jurisdictions beyond those disclosed by the applicant. | |
| 7.   SafeRent Identify is not a stand-alone product.  It is made available only with other products, like the Multi-State Sex Offender Report, that are actually used to screen applicants for housing eligibility.  Identify is only used to verify the identity of a prospective tenant. | Doyle Decl. ¶¶ 6-7. |
| **SafeRent's Reports on Plaintiff** | |
| 8.   In April, 2012, Plaintiff successfully applied with a co-applicant, to rent residential property in Vista, California. | Deposition of Susan Moreland, pp. 59:14-20, 64:25-65:4.  ("Moreland Depo.") (excerpts attached as Ex. 3). |
| 9.   In connection with leasing the | *Id*. at 82:2-19. |

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| property, her prospective landlord obtained a SafeRent Lease Decision & Reports set of reports on Plaintiff. | |
| 10. The landlord provided her with a copy of her reports. | *Id.* |
| 11. Plaintiff's landlord, Raul Ramos, uses an applicant's personal information to identify the person and not to determine whether they are eligible for the property. | Deposition of Raul Ramos, pp. 52:9-25, 53:1-5. ("Ramos Depo.") (excerpts attached as Ex. 4). |
| 12. When using the Identify report for Plaintiff, Mr. Ramos believed he used it consistent with the restriction on use that it shall not be used directly for the purpose of making employment or housing decisions. | *Id.* at 130:3-22. |
| 13. Mr. Ramos would not evaluate an applicant just based on what zip code they lived in previously. | *Id.* at 53:13-16. |
| 14. The alleged inaccurate information appearing in the Identify report made Mr. Ramos "ask further questions to validate that [Plaintiff] is who she is. But beyond that, it didn't make any further impact once [he] determined her identity." | *Id.* at 131:21-132:3. |
| 15. Mr. Ramos brought the | *Id.* at 143:19-144:4. |

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| inconsistencies in the Identify report to Plaintiff's attention because he "wanted to be able to identify her appropriately to consider her as an applicant for the property." | |
| 16. Mr. Ramos was able to verify Plaintiff's identity after she provided her driver's license. | *Id*. at 145:1-3. |
| 17.  Based on the income and credit of Plaintiff's boyfriend (information in other reports), the landlord decided to lease the house to Plaintiff and her boyfriend. | *Id*. at 59: 24- 60:19; 77:7-78:12; 85:20-86-16. |
| 18. A number of the names and address on the Identify report that Plaintiff claims are inaccurate relate to or concern her former spouses. | Moreland Depo., pp. 88:24-91:8; 96:7-19; 136:25-137:8. |
| 19. Moreland believes that there are accounts or other sources that have associated these names and addresses with her identifying information (such as Social Security number), or that she may have been the victim of identity theft. | *Id*. at 108:21-109:3; 151:24-152:17. |

1

2    Dated:    June 29, 2015                    FARUKI IRELAND & COX PLL

3

4                                              By: /s/ Ronald I. Raether
                                                    Ronald I. Raether
5

6                                              FARUKI IRELAND & COX P.L.L.

7                                              Attorneys for Defendant
                                               CoreLogic SafeRent, LLC
8

9

10

11   968769.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                     6