Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice*)
jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **SUSAN E. MORELAND, on behalf of herself and all others similarly situated,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CORELOGIC SAFERENT, LLC,**<br>　　　　**Defendant.** | No.: SACV13-00470 AG (ANx)<br><br>**UNOPPOSED MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Andrew J. Guilford<br><br>Current hearing date:　July 27, 2015<br>Proposed hearing date:　Aug. 10, 2015 |

1

## I. Introduction and Case Background

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7-4, Plaintiff Susan Moreland moves the Court to continue the date of the Parties' hearing on Defendant's Motion for Summary Judgment (Dkt. 96). That Motion is set for hearing on July 27, 2015, and Plaintiff requests that the Court reset the hearing to August 10, 2015.

Given that this change in the summary-judgment schedule will place the hearing very close to the currently scheduled August 24, 2015 Final Pretrial Conference and September 15 Trial (Dkt. 94), the Parties also ask that the Court reschedule those events to as soon as the Court's calendar can accommodate them in December.

This is a putative class action arising under the Fair Credit Reporting Act alleging certain information sold by SafeRent qualifies as a consumer report under the Act. After the Court granted SafeRent's Motion to Dismiss certain counts in Plaintiff's Third Amended Complaint (Dkt. 70), Plaintiff moved to certify three classes of consumers and SafeRent moved for partial summary judgment on Plaintiff's class claims. (Dkts. 72, 79.) On March 17, 2015, the Parties stipulated to continue the case trial date from May 17, 2015 to September 15, 2015, and the Court granted that stipulation on March 24. (Dkt. 93.) The Court granted in part and denied in part the Motion for Summary Judgment and denied class certification on March 31, 2015. (Dkt. 95.) SafeRent now moves for summary judgment on Plaintiff's remaining individual claim, and has set the hearing for July 27, 2015. (Dkt. 96.) By Local Rule 7-9, Plaintiff's opposition to that Motion is due July 6, 2015. L.R. 7-9.

## II. Requested Relief

Good cause exists to continue the hearing. Co-Lead Counsel for Plaintiff, James Francis and John Soumilas, who will take a lead role in opposing SafeRent's Motion for Summary Judgment and in preparing Plaintiff's side for the hearing, have

pre-planned and pre-paid vacations taking place during the time Plaintiff's response to the Motion is due. (Ex. 1, Francis Decl. ¶ 3.) These attorneys have taken charge in opposing SafeRent's earlier motions to dismiss and for partial summary judgment, and must be involved in the preparation of Plaintiff's opposition to the current Motion and the upcoming hearing. (*Id.* ¶ 3.) Because Mr. Francis and Mr. Soumilas are unavailable due to pre-planned vacations, Plaintiff asks that the Court continue the hearing in this case from July 27 to August 10.

In the event the hearing date is changed, the Parties have agreed that Plaintiff's opposition to the Motion will be due July 17, and SafeRent's Reply will be due July 27. As to the pre-trial conference and trial, the Parties further agree to move those dates as good cause also exists to continue those events. The moving of the summary-judgment deadline will place that hearing during the time period in which the Parties would be preparing their materials for the Final Pretrial Conference, a conference which may become unnecessary should the Court grant SafeRent's Motion. Thus, continuing the Final Pretrial and Trial dates will conserve Party and Court time, money, and energy by eliminating the possibility that they take place unnecessarily. The Parties agree that this tact will allow for a more efficient disposition of the case and will conserve judicial resources.

Plaintiff's Counsel has communicated with Counsel for SafeRent, and SafeRent does not oppose the requested relief. (*Id.* ¶ 4.) This is Plaintiff's first request for relief from the July 27 hearing date, and the continuance will have no affect on any other pending deadlines. (*Id.* ¶ 4.) This is the Parties' first request to amend the scheduling order since the Court's grant of summary judgment and denial of class certification. (Dkt. 95.)

### III. Conclusion

Based on the foregoing and for good cause, Plaintiff requests that the Court continue the hearing on Defendant's Motion for Summary Judgment from 10:00 am

on July 27 to 10:00 am on August 10, 2015. The Parties agree that, subject to Court approval, that the Plaintiff's opposition to the Motion will be due July 17, and SafeRent's Reply will be due July 27, and that the Final Pretrial Conference and Trial be continued to a date as early as the Court's calendar may accommodate in December, 2015.

Dated: July 1, 2015

                            Respectfully submitted,

                            /s/ Michael A. Caddell
Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice*)
jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice*)
jsoumilas@consumerlawfirm.com
David A. Searles (*pro hac vice*)
dsearles@consumerlawfirm.com
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following Counsel of Record:

Ronald I. Raether, Jr. (CA SBN 303118)
RRaether@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza. SW
10 North Ludlow Street
Dayton. Ohio 45402
Phone: (937) 227-3733
Fax: (937) 227-3717

Nancy R. Thomas (CA SBN 236185)
NThomas@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, 60th Floor
Los Angeles, California 900 13
Phone: (213) 892-5561
Fax: (213) 892-5454

James F. McCabe (CA SBN 104686)
JMcCabe@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7011
Fax: (415) 268-7522

***Attorneys for Defendant Corelogic SafeRent, LLC***

　　　　　　　　　　　　　　　　　/s/ Craig C. Marchiando
　　　　　　　　　　　　　　　Craig C. Marchiando