# EXHIBIT 1

Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice*)
jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **SUSAN E. MORELAND**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CORELOGIC SAFERENT, LLC,**<br><br>**Defendant.** | No.: SACV13-00470 AG (ANx)<br><br>**DECLARATION OF JAMES A. FRANCIS IN SUPPORT OF STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Andrew J. Guilford<br><br>Current hearing date:  July 27, 2015<br>Proposed hearing date: Aug. 10, 2015 |

I, James A. Francis, hereby declare the following:

1

1. My name is James A. Francis. I am over 21 years of age, of sound mind, capable of executing this Declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am one of the attorneys working on behalf of the Plaintiff and the putative Classes in the above-styled litigation, and I am an attorney and principal of the law firm of Francis & Mailman. I submit this Declaration in support of the Parties' Stipulation to Continue Hearing Date on Defendant's Motion for Summary Judgment.

3. Currently, Defendant's Motion to Dismiss is set for hearing on July 27, 2015, with Plaintiff's opposition brief due July 6 under Local Rule 7-9. Both John Soumilas of my Firm and I have previously planned and paid vacations taking place during that period. My Firm has taken the laboring oar in responding to SafeRent's earlier motions to dismiss and for summary judgment, and we intend to take that same role again as well as in preparing for the hearing. Due to our vacations, however, Mr. Soumilas and I will be unable to adequately respond to SafeRent's Motion. As this is a dispositive Motion, Mr. Soumilas and I must be involved in crafting Plaintiff's responsive arguments.

4. Plaintiff's Counsel has communicated with Counsel for SafeRent, and SafeRent does not oppose the requested relief. This is Plaintiff's first request for relief from the July 27 hearing date, and continuing the hearing to August 10 will have no affect on any other pending deadlines.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct.

DATED: July 1, 2015, Philadelphia, Pennsylvania.

                                        /s/ James A. Francis
                                        James A. Francis