Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice*)
 jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **SUSAN E. MORELAND, on behalf of herself and all others similarly situated,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CORELOGIC SAFERENT, LLC,**<br><br>　　　　**Defendant.** | No.: SACV13-00470 AG (ANx)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Andrew J. Guilford |

1

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7-4, Plaintiff has filed an unopposed motion to continue the hearing on Defendant's Motion for Summary Judgment from July 27 to August 10, 2015. The parties have agreed that Plaintiff's opposition to the Motion be due July 17, and SafeRent's Reply on July 27 if the hearing date is moved and that the Final Pretrial Conference and Trial likewise be continued to a date as early as the Court's calendar may accommodate in December, 2015.

Having considered the Motion, applicable law, and the record in this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the hearing on Defendant's Motion for Summary Judgment (Dkt. 96) is continued from 10:00 am on July 27 to 10:00 am on August 3, 2015. Plaintiff's opposition to the Motion shall be due July 17, and SafeRent's Reply on July 27.

IT IS FURTHER ORDERED that the Final Pretrial Conference is continued from August 24, 2015 to August 31, 2015 at 8:30 a.m. The trial date remains set for September 15, 2015 at 9:00 a.m.

Dated: July 01, 2015

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE