Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

James A. Francis (*pro hac vice*)
jfrancis@consumerlawfirm.com
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MORELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC SAFERENT, LLC,<br><br>Defendant. | Case No. SACV 13-00470 AG (ANx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF SUSAN E. MORELAND AND DEFENDANT CORELOGIC SAFERENT, LLC**<br><br>Hon. Andrew J. Guilford |

TO THE COURT AND ALL PARTIES:

IT IS HEREBY STIPULATED by and between Plaintiff Susan B. Moreland ("Plaintiff") and Defendant Corelogic SafeRent, LLC ("Defendant") that Plaintiff's claims against Defendant in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure. Each side shall bear her or its own attorneys' fees and costs incurred herein.

Dated: July 21, 2015                                        Respectfully Submitted,

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr. (CA SBN 303118)
RRaether@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza. SW
10 North Ludlow Street
Dayton. Ohio 45402
Phone: (937) 227-3733
Fax: (937) 227-3717

Nancy R. Thomas (CA SBN 236185)
NThomas@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, 60th Floor
Los Angeles, California 900 13
Phone: (213) 892-5561
Fax: (213) 892-5454

James F. McCabe (CA SBN 104686)
JMcCabe@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7011
Fax: (415) 268-7522

***Attorneys for Defendant Corelogic SafeRent, LLC***

*/s/ John Soumilas*
John Soumilas (*pro hac vice*)
jsoumilas@consumerlawfirm.com
James A. Francis (*pro hac vice*)
jfrancis@consumerlawfirm.com
David A. Searles (*pro hac vice*)
dsearles@consumerlawfirm.com
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
Craig C. Marchiando (SBN 283829)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

***Attorneys for Plaintiff***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following Counsel of Record:

Ronald I. Raether, Jr.
RRaether@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza. SW
10 North Ludlow Street
Dayton. Ohio 45402
Phone: (937) 227-3733
Fax: (937) 227-3717

Nancy R. Thomas (CA SBN 236185)
NThomas@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, 60th Floor
Los Angeles, California 900 13
Phone: (213) 892-5561
Fax: (213) 892-5454

James F. McCabe (CA SBN 104686)
JMcCabe@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7011
Fax: (415) 268-7522

***Attorneys for Defendant Corelogic SafeRent, LLC***

                                                                    */s/ John Soumilas*
                                                                    John Soumilas